IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>THEODORE JOHN KACZYNSKI,<br><br>        Defendant. | 2:96-cr-0259-GEB[*]<br><br><br><br><br>ORDER SETTING STATUS CONFERENCE |

A status conference is set in this action for September 19, 2005, at 10:00 a.m. in Courtroom 10.[**]  Each party shall file a status report no later than 4:30 p.m. on September 12, 2005, in which only the remand issues need be addressed, including a proposed schedule for compliance with the Ninth Circuit's directive.

Dated:  August 18, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[*] In the interest of issuing a final decision as soon as feasible, the reference to the magistrate judge is withdrawn.

[**] This conference was not scheduled sooner because the process involved with the Ninth Circuit's appointment of pro bono counsel to represent the victims and their families is not yet completed.  Once that process is completed, a copy of this Order will be served on pro bono counsel for the purpose of requesting any amicus status report that counsel may elect to file and to invite that counsel to appear at the September 19 hearing.