MICHAEL F. BURKART
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608
Telephone (916) 485-0412
Facsimile (916) 485-0516
E-mail: burkart@cwo.com

| | | | |
|---|---|---|---|
| **PERSONAL** | 5' 10" | 175 Pounds | 58 Years Old |

**PROFESSIONAL HISTORY**

July, 1995 to Present

INDEPENDENT CONSULTANT & TRUSTEE IN BANKRUPTCY, Sacramento, CA.

Free-lance consultant specializing in management, financial and banking services; liquidation analysis; general business advisory, project management; litigation support and expert witness in debt renegotiation, credit underwriting, commercial bank management. Presently serving as Chapter 11 and Chapter 7 Panel Trustee in Bankruptcy in the Eastern District of California for nine years; court-appointed referee and receiver for property liquidation and distributions.

October, 1996 to June, 1997

MERCANTILE BANK, Sacramento, California. (Acquired by Sierra West Bank)

President & Chief Executive Officer.
Responsible for overall management of this $50MM Bank; facilitated planning process for the Board of Directors to implement a strategic alliance. Successfully negotiated the sale of this Bank to SierraWest Bancorp and the subsequent merger into SierraWest Bank at a multiple of 1.4 times equity. This transaction closed at the end of June, 1997. Significantly increased earnings in 1996 while maintaining compliance under an outstanding MOU and reduced non-performing assets to enhance selling price.

October, 1993 to July, 1995

BUSINESS & PROFESSIONAL BANK, (Formerly The Bank of Woodland) Woodland, California. (Acquired by U. S. Bank of California)

President & Chief Executive Officer, Member of the Board of Directors.
Responsible for overall management of this $225MM Bank; established objectives, reviewed policies and formulated the business plan for the Bank. Orchestrated Bank's name change, entry into Sacramento market, successful acquisition of Sacramento First National Bank in January of 1995, and successful completion of a coincident capital offering for $1.8 million that was over subscribed by $0.6 million in three weeks. Doubled earnings in 1994 and posted record earnings in the first half of 1995. Recognized as a Premier Performing Bank for fiscal year of 1994.

June, 1992 to October, 1993

Executive Vice President, Member of the Board of Directors.
Responsible for strategic planning and special projects assigned by the Board. Planned and personally orchestrated the regulatory approval, organization, construction, staffing, and opening of the Sacramento Office, as well as the marketing plan, name change, logo design and legal filings associated therewith.

December, 1991 to March, 1992

PLACER BANK OF COMMERCE, Roseville, CA. (Acquired by American River Bank)

Interim President & Chief Executive Officer.
Responsible for overall management of this $45MM Bank that was under an FDIC/Section 8A Proceeding (Termination of insured status) having been under regulatory supervision since 1987. Reduced classified assets by 52% and personally negotiated and closed ORE sales totaling $2.4MM in four months. Maintained integrity of Bank until a regulatory-assisted sale to American River Bank was consummated.

CAPITOL BANK SACRAMENTO, (Formerly Capitol Bank of Commerce). Sacramento, California. (Acquired by WestAmerica Bank)

March, 1988
to
November, 1991

President & Chief Executive Officer, Member of the Board of Directors Responsible for overall management of the Bank; established objectives, policies and strategic plans. Expanded asset growth from $100MM in early 1988 to $150MM in 1990 while increasing net earnings from $427M loss in 1987 to record earnings of $1,656M in 1990. Successfully negotiated the purchase of additional trust business unit. Orchestrated the marketing plan, name change and logo design. Negotiated the tentative sale of the bank in 1991 to U. S. Bancorp as a means to settle shareholder proxy contests brought about by a dissident director and shareholder.

1984
to
1988

Executive Vice President & Chief Administrative Officer. Responsible for strategic planning, the management of non-performing assets, disposition of ORE, pending litigation, adequacy of loan loss reserve and the Trust Department. Active member of Senior Management Committee, Senior Loan Committee and Asset/Liability Management Committee.

1982
to
1984

Vice President & Senior Commercial Officer. Responsible for managing commercial loan portfolio and supervision of all commercial lending officers, collections and loan documentation.

BANK OF NEWPORT, Newport Beach, California. (Acquired by Union Bank)

1981
to
1982

Vice President, Business Banking Group. Responsible for commercial lending to middle market companies including loan packaging and credit underwriting, credit analysis, investigations, documentation, collections and business development.

1980
to
1981

Vice President, Real Estate Finance Division. Responsible for credit underwriting, documentation, disbursements and collections in interim construction and project development financing.

FARMERS & MERCHANTS BANK OF CENTRAL CALIFORNIA, Lodi, California.

1974
to
1980

Vice President, Headquarters Office. Commercial and real estate lending officer responsible for loan packaging and credit underwriting, credit analysis, Administration Liaison for commercial and real estate lending included staff training for branch lending officers. Agricultural production financing for vineyard and orchard crops. SBA and FmHA Guaranty financing. Real estate construction and development financing. Co-Manager for initiation of the Bank's IRA Program.

FIRST INTERSTATE BANK, (Formerly United California Bank). Los Angeles, California. (Acquired by Wells Fargo Bank)

1972
to
1974

Commercial Lending Officer, Beverly Hills Main Office, for first year. Customer Service Officer, Branch Management. Responsible for management of Woodland Hills Branch Office. Lending officer in commercial, real estate and consumer areas. Credit analysis, investigations, documentation and collections.

MICHAEL F. BURKART                                                  Page Three

Case 2:96-cr-00259-GEB-GGH   Document 689-1   Filed 09/12/05   Page 3 of 4

BANCOHIO/OHIO NATIONAL BANK, Columbus, Ohio.

| | |
|---|---|
| 1968 to 1971 | Management Trainee. Completed formal training program that included basic training in operations and branch banking systems. Primary training in commercial lending included analysis, investigation and documentation. SBA guaranty financing. |

NATIONAL UNIVERSITY, Sacramento, California

| | |
|---|---|
| 1983 to 1985 | Adjunct Faculty Member. Part-time instructor in subject areas of finance, money and banking. |

**EDUCATION**

PACIFIC COAST BANKING SCHOOL / UNIVERSITY OF WASHINGTON, Seattle, Washington. Certificate of Graduation, Commercial Division, 1981.

CALIFORNIA STATE UNIVERSITY / STANISLAUS, Turlock, California. Masters in Business Administration with specialization in Management, 1979.

OHIO STATE UNIVERSITY, Columbus, Ohio. Bachelor of Science in Agricultural Economics. Completed the business curriculum in College of Agriculture, 1971.

CALIFORNIA CHANCELLOR OF COMMUNITY COLLEGES, Instructor Credential held in areas of Real Estate, Banking, Finance, Business and Industrial Management. Instructor Credential is valid for life, 1981.

**MILITARY SERVICE**

UNITED STATES ARMY, Active duty from 1966 to 1968.
Adjutant General Corps. Honorable discharge at rank of Sergeant E-5.

**ORGANIZATIONAL ACTIVITIES**

American Cancer Society (Sacramento Chapter) - Former Board Member
Bankruptcy Trustee (Chapter 7 & 11) - Eastern District of California - Active
California Bankruptcy Forum - Active Member
Club Nautique (sailing club) - Former Member
Community Bankers of Northern California - Former Board Member
FamiliesFirst, Inc. - Former Board Member
Whitney Oaks Golf Club - Active Member
National Association of Bankruptcy Trustees - Active Member
Ohio State University Alumni Association of Sacramento Valley - Member
Point West Area Business Association - Former Associate Member
Rhone Rangers - Active Member
Rotary Club of West Sacramento - Inactive Member and Past President
Sacramento Bankruptcy Forum - Active Member
Sacramento Chapter 7 Panel Trustees Association - Active Member
Sacramento Housing & Redevelopment Agency Loan Committee - Former Member
Sacramento Valley Bankruptcy Forum - Active Member
Sheshunoff & Co. / High Performance Affiliation Group - Former Member
Toastmasters International - Former Member
U. C. Davis / Partners In Business - Former Member
United Way of Sacramento Area - Former Board Member
World of Pinot Noir - Active Member
Zinfandel Advocates & Producers (ZAP) - Active Member

**BACKGROUND**  Brought up in the Cincinnati, Ohio, area. Traveled extensively throughout the United States and Caribbean. Active guest speaker concerning such topics as business and banking at various schools, professional and trade associations such as Pacific Coast Banking School, UCD Graduate School of Management and Sacramento Valley Forum. Completed Toastmasters International curriculum to enhance public speaking skills. Published articles related to banking and financial services industry in various magazine and trade periodicals. Accomplished computer skills on Macintosh operating system as well as Microsoft Windows using spreadsheet, data base, word processing and graphics software applications. Personal interests include wine collecting, golfing, sailing, public speaking and current news events.

April, 2005