IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) <br>Plaintiff, )<br>)<br>v. )<br>)<br>THEODORE JOHN KACZYNSKI, )<br>)<br>Defendant. )<br>_____) | 2:96-cr-0259-GEB<br><br><br><br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

     The status conference scheduled for hearing on September 19, 2005, is rescheduled for hearing on October 11, 2005, at 9:00 a.m. in Courtroom 10.

     IT IS SO ORDERED.

Dated:  September 14, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge