IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:96-cr-0259-GEB |
| v. | |
| THEODORE JOHN KACZYNSKI, | ORDER CONTINUING STATUS CONFERENCE |
| Defendant. | |

On September 16, 2005, the Ninth Circuit filed the attached opinion in which it appointed pro bono amicus counsel for the victims and their families. The Clerk of the Court shall add these appointed counsel to the service list, and shall serve them with a copy of this Order and copies of docket numbers 688 and 689.[1] In addition, to provide recently-appointed pro bono amicus counsel with time to become familiar with the issues and the directive of the Ninth Circuit opinion, the status conference scheduled for hearing on October 11, 2005, is rescheduled for hearing on November 14, 2005, at 10:00 a.m. in Courtroom 10.

---

[1] The docketed filings are the respective status reports of Defendant Theodore John Kaczynski and Plaintiff United States of America.

1

1    Furthermore, the Ninth Circuit has ordered the government
2 "to propose a detailed, written plan to dispose of the property in
3 question in a commercially reasonable manner calculated to maximize
4 the monetary return to . . . the victims and their families." <u>United</u>
5 <u>States v. Kaczynski</u>, 416 F.3d 971, 972 (2005).  The government states
6 that "Michael Burkart . . . who has . . . been appointed by the United
7 States Trustee for this district . . . has agreed to conduct a
8 commercially reasonable sale of the property . . . if the Court
9 approves his appointment . . . . [and that] Mr. Burkart is prepared to
10 submit to the Court a plan for sale of the property within forty-five
11 days of his appointment by the Court."  (Gov't Status Report at 3.)
12 The government appears to be requesting that the Court appoint
13 Mr. Burkart so that he may propose a detailed plan to dispose of the
14 property at issue.  However, the government does not indicate why
15 Court appointment is required, or whether such appointment would be
16 pro bono or otherwise.
17    Therefore, the government shall file a status report no
18 later than November 7, 2005, in order to clarify the government's
19 request to appoint Michael Burkart and to address any other matter
20 consistent with the Ninth Circuit's remand directive.[2]
21    IT IS SO ORDERED.
22 DATED:  September 22, 2005

                                         <u>/s/ Garland E. Burrell, Jr.</u>
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

---

[2]  The government, Kaczynski, and pro bono amicus counsel are encouraged to meet and confer on how the Ninth Circuit's directive should be accomplished. In addition, Kaczynski and pro bono amicus counsel may each file a status report no later than November 7, 2005, if they so choose, in order to comment on any matter consistent with the Ninth Circuit's remand directive.

2