1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299

4  Attorney for Defendant
   THEODORE JOHN KACZYNSKI

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S 96-0259-GEB
                                   )
12                  Plaintiff,     )
                                   ) STIPULATION AND ORDER
13       v.                        )
                                   )
14  THEODORE JOHN KACZYNSKI,       )
                                   ) Date: December 12, 1005
15                  Defendant.     ) Time: 10:00 a.m.
                                   ) Hon. Garland E. Burrell, Jr.
16  _____)

17

18        Defendant Theodore Kaczynski, through counsel John Balazs, the

19  United States, through its counsel Assistant U.S. Attorney Ana-Maria

20  Martel, and pro bono amicus counsel for the victims and their families,

21  Steven A. Hirsch, stipulate and request that the Court continue the

22  status conference in this case from November 14, 2005, to **December 12,**

23  **2005, at 10:00 a.m.,** before U.S. District Judge Garland E. Burrell, Jr.

24  The parties will file a status report with the Court by December 5,

25  2005.

26  ///

27  ///

28

1    The reason for this request is that the parties need additional

2 time to prepare for the hearing and to attempt a settlement.

3 Dated: November 3, 2005

4                                              Respectfully submitted,

5

6                                              /s/ John Balazs
                                               JOHN BALAZS

7
                                               Attorney for Defendant
8                                              THEODORE JOHN KACZYNSKI

9                                              McGREGOR W. SCOTT
                                               U.S. Attorney

10 Dated: November 3, 2005

11                               By:
                                               /s/ Ana Maria Martel
12                                             Ana Maria Martel
                                               Assistant U.S. Attorney
13                                             [signed with permission]

14 Dated: November 3, 2005

15                                             /s/ Steven A. Hirsch
                                               Steven A. Hirsch
16                                             Pro Bono Amicus Counsel for the
                                                 Victims and Their Families
17                                             [signed with permission]

18                              **ORDER**

19    IT IS SO ORDERED.

20 DATED:  November 2, 2005

21                                             /s/ Garland E. Burrell, Jr.
                                               GARLAND E. BURRELL, JR.
22                                             United States District Judge

23

24

25

26

27

28

2