IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:96-cr-0259-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THEODORE JOHN KACZYNSKI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On November 30, 2005, chambers received two communications, a letter from David Gelernter and the attached transmittal communication.[1] The transmittal communication requested both chambers and the Clerk's Office to place the letter in the Court file. Yesterday, the government filed the letter. The transmittal communication is filed to apprise the parties of this communication with chambers. Communication directly with chambers should not occur because litigation is supposed to be conducted in accordance with the

---

[1] The address on the transmittal communication has been redacted; the author called chambers yesterday and requested that the author's address not be made public. The author's name, signature, and telephone number have also been redacted because it is assumed that the author did not intend the information to be filed on the Court's Case Management/Electronic Case Files system, which is accessible to the public.

1

1  rules applicable to practice in federal court. <u>See</u>, e.g., E.D. Local
2  Rule 5-133(e)(4) (stating that faxed communications "to a chambers of
3  the Court" need not be "acknowledged" by a judge).

4       Information about this proceeding could be obtained from
5  Steven A. Hirsch, the appointed pro bono amicus counsel for the
6  victims and their families.[2] The contact information for Mr. Hirsch is
7  provided in the attached Ninth Circuit Order filed September 16, 2005.

8       The Clerk's Office shall serve a copy of this Order on David
9  Gelernter.

10      IT IS SO ORDERED.
11 DATED: December 1, 2005

12                                /s/ <u>Garland E. Burrell, Jr.</u>
                               GARLAND E. BURRELL, JR.
13                                United States District Judge

---

26    [2]  Information regarding this proceeding is also in the
following published opinions: <u>United States v. Kaczynski</u>, 306 F.
27 Supp. 2d 952 (E.D. Cal. 2004), and <u>United States v. Kaczynski</u>,
416 F.3d 971 (9th Cir. 2005) (reversing in part the district
28 court opinion cited above).

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-10158 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-96-00259-GEB/GGH |
| v. | Eastern District of California, Sacramento |
| THEODORE JOHN KACZYNSKI, | |
| Defendant - Appellant. | ORDER |

Before: SCHROEDER, Chief Judge, CANBY and HAWKINS, Circuit Judges.

Pursuant to the Court's Opinion in this matter, *United States v. Kaczynski*, 416 F.3d 971, 977 (9th Cir. 2005), Steven A. Hirsch and the firm of Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111, (415) 391-5400, fax (415) 397-7188, email: shirsch@kvn.com are appointed as pro bono amicus counsel for the victims and their families. The United States shall cooperate with Keker & Van Nest to facilitate the carrying out of the firm's responsibilities as amicus counsel, including providing contact information for the victims, their families and their representatives.

SO ORDERED.

United States v. Kaczinski, CR S-96-259

**For the attention of:** Judge Garland E. Burrell, Jr.
501 I Street
Suite 13-230
Sacramento, California 95814

**Also for the attention of:** Clerk of the Court
Robert Matsui
Federal Courthouse
501 I Street
Room 4-200
Sacramento, California 95814

Please include the following letter from David Gelernter in the court file so Judge Burrell and the 9th circuit court can consider it. Also, please transmit a copy of this letter to all the parties involved (the United States lawyer, the named victim's lawyer, Kaczynski's lawyer).

Thanks you for your attention,



1