JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299

Attorney for Defendant
THEODORE JOHN KACZYNSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 96-0259-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| THEODORE JOHN KACZYNSKI, | ) | |
| | ) | Date: January 23, 1006 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

Defendant Theodore Kaczynski, through counsel John Balazs, the
United States, through its counsel Assistant U.S. Attorney Ana-Maria
Martel, and pro bono amicus counsel for the victims and their families,
Steven A. Hirsch, stipulate and request that the Court continue the
status conference in this case from December 12, 2005, to **January 23,
2006, at 10:00 a.m.,** before U.S. District Judge Garland E. Burrell, Jr.
The parties will file a status report with the Court by January 17,
2006.

///

///

1    The reason for this request is that the parties need additional

2 time to prepare for the hearing and to attempt a settlement.

3 Dated: December 5, 2005

4                                    Respectfully submitted,

5

6                                    /s/ John Balazs
                                     JOHN BALAZS
7
                                     Attorney for Defendant
8                                    THEODORE JOHN KACZYNSKI

9
                                     McGREGOR W. SCOTT
10                                   U.S. Attorney
11
                                By:
12                                   /s/ Ana Maria Martel
                                     Ana Maria Martel
13                                   Assistant U.S. Attorney
                                     [signed with permission]
14
   Dated: December 5, 2005
15
                                     /s/ Steven A. Hirsch
16                                   Steven A. Hirsch
                                     Pro Bono Amicus Counsel for the
17                                     Victims and Their Families
                                     [signed with permission]
18

19

20                           **ORDER**

21    IT IS SO ORDERED.

22 DATED:  December 5, 2005

23                                   /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
24                                   United States District Judge

25

26

27

28

                                     2