# EXHIBIT 2

## Martel, Ana Maria (USACAE)

**From:**       Michael F. Burkart [burkart@cwo.com]
**Sent:**       Tuesday, April 18, 2006 9:14 AM
**To:**         Martel, Ana Maria (USACAE)
**Subject:**    Theodore Kaczynski


Re: Engagement as receiver to sell personal articles of Theodore Kaczynski

Ms. Martel,

I have given considerable thought concerning the effort required to maximize the sale of the personal articles of Theodore Kaczynski, specifically the personal writings.

It appears that the maximum value of the personal writings would be generated from a negotiated arrangement to produce a motion picture and / or book concerning the "Unabomber". This would likely involve the exploitation of Theodore Kaczynski's life. I also believe that the amount of time required to accomplish this is impossible to estimate at this juncture.

For that reason, I would consider an engagement at an hourly rate of $200.00 plus a five percent (5%) commission computed on the net sale proceeds generated (after allowing for reimbursement of expenses attributable to the sale).

In the event that credit bids would be allowed by the parties under the Court Order for financial restitution pursuant to an auction, the prevailing bidder would be required to pay the commission based on the sale amount.

Pease call should you have any questions concerning the proposal.

Michael F. Burkart
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608
Tel: (916) 485-0412
Cell: (916) 952-7241
e-mail: burkart@cwo.com

1