1 JOHN BALAZS, Bar #157287
Attorney At Law
2 916 2nd Street, Suite F
Sacramento, California 95814
3 Telephone: (916) 447-9299

4 Attorney for Defendant
THEODORE JOHN KACZYNSKI
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-S 96-0259-GEB
                                    )
12               Plaintiff,         )
                                    )  STIPULATION AND ORDER
13      v.                          )
                                    )
14 THEODORE JOHN KACZYNSKI,         )
                                    )  Date: June 9, 2006
15               Defendant.         )  Time: 11:00 a.m.
                                    )  Hon. Garland E. Burrell, Jr.
16 _____  )

17

18      Defendant Theodore Kaczynski, through counsel John Balazs, the

19 United States, through its counsel Assistant U.S. Attorney Ana-Maria

20 Martel, and pro bono amicus counsel for the victims and their families,

21 Steven A. Hirsch, stipulate and request that the Court vacate the

22 status conference set for May 22, 2006 and set the following schedule

23 in this case:

24      Defense Response & Objections to the Government's Amended
          Status Report Due:                    **May 26, 2006**
25
        Government's reply, if any, due:         **June 2, 2006**
26

27      Hearing on Status Report and Objections: **June 9, 2006, 11:00 a.m.**

28

1    The reason for this request is that the attorney for Mr. Kaczynski

2 has been unable to date to set up a legal call with his client who is

3 in federal prison, and counsel thus needs additional time to consult

4 with his client and prepare a response and objections to the

5 government's status response and proposals.

6    Dated: May 12, 2006

7                                    Respectfully submitted,

8

9                                    /s/ John Balazs
                                     JOHN BALAZS
10
                                     Attorney for Defendant
11                                   THEODORE JOHN KACZYNSKI

12
                                     McGREGOR W. SCOTT
13                                   U.S. Attorney
      Dated: May 12, 2006
14
                             By:
15                                   /s/ Ana Maria Martel
                                     Ana Maria Martel
16                                   Assistant U.S. Attorney
                                     [signed with permission]
17
      Dated: May 12, 2006
18
                                     /s/ Steven A. Hirsch
19                                   Steven A. Hirsch
                                     Pro Bono Amicus Counsel for the
20                                     Victims and Their Families
                                     [signed with permission]
21

22

23                              **ORDER**
      IT IS SO ORDERED.
24
    Dated:  May 12, 2006
25

26                                   /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
27                                   United States District Judge

28

                                    2