McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 - I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>THEODORE JOHN KACZYNSKI,<br><br>             Defendant. | No. CR S-96-0259 GEB<br><br>DATE:       June 16, 2006<br>TIME:        11:00 a.m.<br>Courtroom: 10, 13th Floor<br>Judge:       Hon. Garland E. Burrell, Jr. |

AMENDED STIPULATION AND ORDER

     Steven A Hirsch, attorney for the named victims, the United States of America, through its counsel Ana Maria Martel, and Defendant, Theodore Kaczynski, through his counsel, John Balazs, stipulate and request that the Court vacate the Status Conference set for June 9, 2006 at 9:00 a.m. and set the following schedule in this case:

    Reply to Defendant's response and objections to the United States Amended Status Report due:     **June 9, 2006**

    Hearing on Status Report and responses/replies thereto:     **June 16, 2006, 11:00 a.m.**

/////
/////
/////

1

The reason for this request is that counsel for the Named Victims also wants to reply to Defendant's objections and he needs the additional time to consult with his clients.

Dated: June 1, 2006                     Respectfully submitted,

                                         \s\ *John Balazs*
                                         JOHN BALAZS

                                         Attorney for Defendant
                                         THEODORE JOHN KACZYNSKI

                                         McGREGOR W. SCOTT
                                         United States Attorney

Dated: June 1, 2006                      \s\ *Ana Maria Martel*
                                         ANA MARIA MARTEL
                                         Assistant U.S. Attorney
                                         [signed with permission]

Dated: June 1, 2006                      \s\ *Steven A. Hirsch*
                                         STEVEN A. HIRSCH
                                         Pro Bono Amicus Counsel for the
                                         Victims and Their Families
                                         [signed with permission]

**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2006

                                         /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge