McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

UNITED STATES OF AMERICA,

Plaintiff,

v.

THEODORE JOHN KACZYNSKI,

Defendant.

No. CR S-96-0259 GEB

EXHIBIT "D" ARE KACZYNSKI'S BOMB-MAKING MATERIALS

The United States' amended plan for the sale and disposition of Defendant's property for the benefit of his victims requested the Court's permission to destroy Kaczynski's bomb-making materials, in keeping with Kaczynki's representation to the Ninth Circuit that the Defendant did not seek the return of such items. The Named Victims, who are to receive all the proceeds from the sale of Kaczynski's property, also requested that the bomb-making materials not be sold. The United States itemized the bomb-making materials in Exhibit "D" to its amended sales' plan.

1

When the United States filed its plan, given Kaczynski's repeated representations to the Magistrate Judge, this Court and the Court of Appeals that he did not seek their return, the United States did not think it necessary to burden the court with documentation showing why the items listed in Exhibit "D" are Kaczynski's bomb-making materials.

In response to its plan, however, Kaczynski took the position that he had only disavowed the return of "contraband," apparently only actual, finished bombs. Kaczynski argued that the items listed in Exhibit "D" were "derivative contraband," that is, items legal to possess unless the Defendant was using them for illegal purposes. Kaczynski took the position that if the United States did not sell the items listed in Exhibit "D," those items should be returned to him.

Apparently, his prior statements to the various courts, including the Court of Appeals, regarding his renunciation of "contraband" were disingenuous because allegedly nothing he owned, short of a fully assembled bomb, qualifies as "contraband" as he defines it. Clearly, the Court of Appeals understood Kaczynski's renunciation of "contraband" to mean bomb-making materials, as the undersigned did. Surely the 9th Circuit would not have ordered the United States to sell the items listed in Exhibit "D" or return the to a convicted serial murderer who used bombs as his weapon of choice.

Kaczynski's guilt as a murderous bomb-maker is beyond question. Kaczynski admitted and was convicted of being a serial murderer who murdered his victims by sending them bombs. His writings document his bomb-making and his intentions to continue making bombs and murdering and maiming innocent victims.

As the Court knows, Kaczynski kept extensive writings documenting his bomb-making and bomb-making experiments. Because Kaczynski questioned the items listed in Exhibit "D" as being bomb-making materials, the United States appends hereto a written explanation of the evidence found in Kaczynki's cabin which led the FBI to conclude that the items in Exhibit "D" are bomb-making materials. To assist the Court, the United States also appends photographs of the items at issue. Moreover, given Kaczynki's guilty plea, he cannot deny the admissions in his writings that the materials listed in Exhibit "D" were used to make bombs, as describe his bomb-making experiments, and that he intended to continue making bombs with the materials listed in

Exhibit "D." His writings and descriptions of making bombs and gathering materials for making bombs are not fantasies; but the descriptions of his actions and intentions by a cold-blooded killer.

Dated: August 4, 2006

McGREGOR W. SCOTT
United States Attorney

By:  ANA MARIA MARTEL
Assistant U.S. Attorney

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers. That she served a copy of EXHIBIT "D" ARE KACZYNSKI'S BOMB-MAKING MATERIALS with Attachments 1) Background, and 2) Photographs and Writings Attachments 1 and 3  by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California and by facsimile;

Addressee(s):

JOHN BALAZS
Attorney at Law
916 - 2nd Street, 2nd Floor
Sacramento, CA  95814

STEVEN A. HIRSCH
Keker and Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Dated:  August 4, 2006

Jocelyn M. Trujillo

4