I. Background

A. Items the Defendant Used for Bombs

The UNABOM improvised explosive devices were all hand-made electric/mechanical contrivances, created as much as possible from scraps of various materials and parts which could be fabricated by Theodore Kaczynski rather than having to be purchased - all with the intention of making the bombs as "untraceable" as possible. They contained wood, paper, glue, string, wire, solder, pipes, cans, springs, nails, screws and other metal parts, batteries, adhesive tapes, and various explosive or flammable components including match heads, smokeless powder (gunpowder), gasoline, ammonium nitrate, potassium chlorate, sodium chlorate and aluminum powder. Containers for the devices included wooden and cardboard boxes, a plastic box and a hollowed-out hardcover book.

Pipes, cans, nails, screws, wire, solder, tape, paper, string, batteries and some other parts used in the UNABOM explosive devices were from commercially manufactured products, as were the cardboard and plastic device containers. Wooden containers and other internal parts were handmade wherever possible from scrap material, including from aluminum and lead scraps which Kaczynski melted and recast.

Some of the devices employed additional shrapnel items beyond that which would be created by the explosive destruction of the basic device components. Such additional shrapnel components included nails and lead fishing weight pellets, and lead pellets which Kaczynski created by melting and reforming lead scraps.

Kaczynski's bombs employed explosive and flammable components obtained from cutting heads off matches, emptying smokeless powder from firearms ammunition cartridges, combining ammonium nitrate fertilizer and aluminum powder, and creating potassium chlorate and sodium chlorate from scratch using formulas and component chemicals. He experimented with numerous chemical compounds and containers in seeking to develop effective explosive mixtures.

Kaczynski carefully recorded in over 200 numbered "experiments," documentation regarding his bomb making efforts and designs. Most of it was recovered from his Montana cabin.

Kaczynski continually engaged in the collection of items which could be employed in future bombs. Hundreds of items were recovered from his cabin which correspond to recovered components of bombs as described above and to his written descriptions of bomb making "experiments." Some of the handmade items have no legitimate alternative use; other items of commercial manufacture have alternative, innocuous uses in the hands of others, but Kaczynski's own writings make clear that he collected and possessed them for use in explosive device experiments and future explosive devices.

B.  The Defendant Intended to Bomb Again

That Kaczynski intended to build and deploy explosive devices into the future is demonstrated by his seized writings and by the fact that government agents who searched Kaczynski's cabin found an assembled, unexploded bomb in a box under his bed.  It was ready for mailing except for an address label

Kaczynski's writings, which also demonstrate that he intended future bombings, include the following:

1.  In his 1995 letter (as "FC" - the UNABOMer) to the _New York Times_, in which he admits responsibility for the past UNABOM crimes, Kaczynski requested publication of his 29,000 to 37,000 word essay (later known as the "UNABOM Manifesto"), in exchange for which he offered to stop committing bombings designed to kill or injure people.  He also, though, stated he "reserve[d] the right" to commit future "sabotage" bombings designed to destroy property.

In the same letter, Kaczynski also stated that, "We did use a chlorate pipe bomb to blow up Thomas Mosser because _we happened to have_ a piece of lightweight aluminum pipe that was just right for the job" (emphasis added).  This shows that the particular pipe used was taken from pipe(s) already in Kaczynski's possession at the time (1994) he decided to commit that crime.

2.  Kaczynski went to great effort to remove from his bomb components any forensic information of potential use to law enforcement.  This included, particularly, fingerprint evidence.  He thoroughly documented those efforts.   Certain items recovered from his cabin were accompanied by or referenced in such documentation, indicating his intention to use those items in future explosive devices.

3.  Kaczynski went out of his way to acquire bomb component materials from obscure and far away places, so as to reduce the likelihood they could be traced back to his geographic home area.  He documented those efforts.  Items recovered from his cabin appeared to be referenced in such documentation, indicating his intention to use those items in future explosive devices.

4.  Kaczynski spent a vast amount of time over many years designing, building and using improvised explosive devices.  He continually engaged in efforts to improve upon his designs.  Much of his work involved the making of chemical explosives.  His cabin was filled with containers of various chemicals.  While, as with almost all chemicals, they individually had various legitimate uses, Kaczynski's writings make clear that he had them for but one purpose: to make bombs.  He detailed his uses for his chemicals in hundreds of pages of reports on his chemical and bomb-making experiments, which he also summarized in the following written statement:  "For obvious reasons can't order chemicals from supply house, must make them or extract them from readily available materials.  No vehicle to transport stuff, difficult access to libraries, very limited equipment, have to build own balance, other money related problems."

Kaczynski had his own list of numbered bomb making experiments, which by their titles illustrate the purpose of his chemical collection.

5. Kaczynski disguised his physical appearance when buying some items used in his bombs so that even if the items were traced back to their point of origin, no one would be able to accurately describe him as the purchaser. Kaczynski documented those efforts. Items recovered from his cabin were accompanied by or referenced in such documentation, indicating his intention to use those items in future explosive devices.

6. Kaczynski devised a complicated system for labeling incriminating bombing evidence stored in his cabin so that he could dispose of it effectively and/or in order of importance, should he detect that law enforcement was closing in on him. He carefully documented that system. Numerous items recovered from his cabin were labeled according or referenced in regard to that system, indicating his intention to use those items in future explosive devices.

7. Kaczynski kept written lists of future intended victims and documentation of his research conducted regarding them, all of which was recovered from his cabin. Some future intended victims were indicated by description only, while others were by name. Such efforts indicate Kaczynski's intention to engage in future bombings.

For the above reasons, the following items seized from Kaczynski's cabin are demonstrably related to Kaczynski's bomb making, and not simply a collection of miscellaneous, innocuous items. Further details about individual items from the list and their relation to bomb making are included below.

## II. Bomb-Making Materials to be Destroyed

1. Plastic jar containing triggering devices (Page 6)

   This is a collection of handmade electrical initiators for use as part of the detonation system for certain types of UNABOM improvised explosive devices.

2. Improvised explosive device (IED) (Page 12)

   Government agents who searched Kaczynski's cabin found an assembled, unexploded bomb in a box under his bed. It was rendered safe by government bomb technicians in an open field near the cabin site.

3. Pipebomb (Page 12)

   This is the main explosive charge, initiator and handmade shrapnel set from the IED in item 2 above.

4. Trigger switch (Page 21)

This is a handmade electrical switching mechanism of a type employed in certain UNABOM improvised explosive devices.

5. Bomb components (Page 23)

This consists of a set of five items (wooden handle, two metal pipes, three metal pipes, improvised timer with black plastic bag and copper tubing in a black plastic bag) found together inside Kaczynski's cabin. Two of the items in the set (three metal pipes and the improvised timer) were marked by Kaczynski according to his incriminating evidence destruction system described above. Copper tubing was used as the "pipe" in the two UNABOM explosive devices deployed by Kaczynski in 1993, and they served as part of the detonation system in later UNABOM improvised explosive devices, as described in the Kaczynski-authored documents.

6. Metal tubes, wiring, springs, ball trigger, stapler, 9V battery, and small copper colored tubing (Page 24)

All these items are from a box found in Kaczynski's cabin which was marked according to his above incriminating evidence destruction system. With limited exceptions based on their individual designs, metal tubes, wiring, springs, improvised triggering mechanisms and batteries are common components of Kaczynski's UNABOM explosive devices. Copper tubing was used as the "pipe" in the two UNABOM explosive devices deployed by Kaczynski in 1993, and they served as part of the detonation system in later UNABOM improvised explosive devices, as described in the Kaczynski-authored document. The stapler was forensically linked to certain UNABOM evidence in which staples were used.

7. Copper colored tubing (Page 24)

This item was originally part of the collection of items in #6 above. Copper tubing was used as the "pipe" in the two UNABOM explosive devices deployed by Kaczynski in 1993, and they served as part of the detonation system in later UNABOM improvised explosive devices, as described in Kaczynski's documentation.

8. Bottle marked "Calumet" containing white powder (Page 32)

FBI Laboratory examination of the white powder determined it to be Sodium Bicarbonate. Sodium Bicarbonate was used by Kaczynski to make filter paper from typing paper, for use in the process of making Potassium Chlorate out of match heads. Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

9. Plastic container with white clumpy powder (Page 32)

FBI Laboratory examination of the white clumpy powder determined it to be Sodium Chlorate. Sodium Chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

10. Plastic bottle with black chunky material in paper and hand labeled "mezela #2, nuevo lote exp 103" (Page 32)

FBI Laboratory examination of the black chunky material determined it to be Potassium Nitrate and Sulfur, a low explosive compound. The notation "exp 103" on the label of this item indicates it relates to Experiment 103 of Kaczynski's set of over 200 thoroughly documented experiments regarding how to design and construct explosive devices. Experiment 103 from his "Index of Experiments" was titled by him, "New types of ignitors, several types of wire, mixture #2 and mixture #5".

11. Container of white powder labeled KC103 potassium 99.95% pure (Page 32)

FBI Laboratory examination of this white powder confirmed it to be Potassium Chlorate. Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

12. Container of white powder (Page 32)

This container of white powder is labeled as containing $NaClO_3$ (Sodium Chlorate). FBI Laboratory examination of the white powder determined it to be Sodium Chlorate and aluminum. Sodium Chlorate and aluminum comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

13. Container of yellow crystals (Page 33)

FBI Laboratory examination of the yellow crystals determined them to be mucilage. Mucilage was used by Kaczynski in mixtures with other ingredients as part of his efforts to create "new kinds of ignitors" for his explosive experiments. This item was also marked by Kaczynski according to his above incriminating evidence destruction system.

14. Container of white powder (Page 33)

This item is labeled as containing $NaClO_3$ (Sodium Chlorate). FBI Laboratory examination of the white powder confirmed this is what it is. Sodium Chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

15. Six sealed bottles labeled sulfer (Page 33)

FBI Laboratory examination of the contents of these bottles confirmed their contents to be sulfur. This sample of sulfur was classified by the FBI Laboratory as a "fuel." Sulfur is referenced by Kaczynski throughout his documented experiments in the design and creation of explosive devices.

16. Yellow powder labeled sulfur (Page 33)

FBI Laboratory examination of this yellow powder confirmed it to be sulfur. Sulfur is considered by the FBI Laboratory to be a "fuel." Sulfur is referenced by Kaczynski throughout his documented experiments in the design and creation of explosive devices. This item was also marked by Kaczynski according to his above incriminating evidence destruction system.

17. Jar of white crystalline substance and note "ammonium nitrate" (Page 33)

FBI Laboratory examination of this white crystalline substance confirmed it to be ammonium nitrate. Ammonium nitrate and aluminum comprised the main explosive charges in the five UNABOM explosive devices deployed by Kaczynski between 1985 and 1987. This item was also marked by Kaczynski according to his above incriminating evidence destruction system.

18. One gallon jug labeled "abietic acid" (Page 33)

FBI Laboratory examination of the contents of this jug confirmed it to be abietic acid. Kaczynski referenced his use of abietic acid multiple times in numerous of his experiments to create explosive chemical compounds. This jug is also labeled as corresponding to Experiment 163 of Kaczynski's set of over 200 thoroughly documented experiments regarding how to design and construct explosive devices. Experiment 163 from his "Index of Experiments" was titled by him, "Making a good amount of colophony." Colophony is an alternate term for the word "rosin," referring chemically to the resin left over after distilling the turpentine from the crude resin of pine trees. Rosin was used in several of Kaczynski's 200+ explosives experiments.

19. Bottle labeled "ammonium nitrate" (Page 33)

FBI Laboratory examination of the contents of this bottle confirmed it to be ammonium nitrate. Ammonium nitrate and aluminum comprised the main explosive charges in the five UNABOM explosive devices deployed by Kaczynski between 1985 and 1987.

20. Two cans in bags labeled "abietic acid" (Page 33)

FBI Laboratory examination of the contents of these cans confirmed their contents to be abietic acid. Kaczynski referenced his use of abietic acid multiple times in numerous of his experiments to create explosive chemical compounds. The cans are also labeled as corresponding to Experiment 163 of Kaczynski's set of over 200 thoroughly documented experiments regarding how to design and construct explosive devices. Experiment 163 from his

"Index of Experiments" was titled by him, "Making a good amount of colophony." Colophony is an alternate term for the word "rosin," referring chemically to the resin left over after distilling the turpentine from the crude resin of pine trees. Rosin was used in several of Kaczynski's 200+ explosives experiments.

21. Two bottles labeled as aluminum (Page 33)

FBI Laboratory examination confirmed the contents of these bottles to be aluminum powder. Aluminum powder was part of the main explosive charge mixture in all UNABOM improvised explosive devices from 1985 forward. These two bottles were also marked by Kaczynski according to his above incriminating evidence destruction system.

22. Various containers marked as "aluminum materials" (Page 33)

FBI Laboratory examination confirmed the contents of these containers to be aluminum. Aluminum powder was part of the main explosive charge mixture in all UNABOM improvised explosive devices from 1985 forward. Two of the containers were labeled by Kaczynski as corresponding to Experiment 126 and two were labeled as corresponding to Experiment 185, from Kaczynski's set of over 200 thoroughly documented experiments regarding how to design and construct explosive devices. Experiment 126 from his "Index of Experiments" was titled by him, "Getting aluminum from paint," and Experiment 185 was titled, "Grease in the aluminum we have."

23. One plastic container labeled "citric acid" containing white powder (Page 33)

FBI Laboratory examination of this white powder confirmed it to be citric acid. Kaczynski used citric acid and sugar in experiments to increase the power of his explosive chemical compounds.

24. One plastic bottle containing metallic granular material (Page 34)

FBI Laboratory examination of this metallic granular material determined it to be Iron (chunks) and particles containing silicon, aluminum and oxygen. The FBI Laboratory described this mixture as a "fuel."

25. Calumet double action baking powder metal container containing a lump of metal (Page 35)

Kaczynski melted and recast metals for use in his UNABOM explosive devices. He documented experiments regarding smelting aluminum, lead alloys and dissolving lead, and he also melted lead for use as shrapnel pieces in certain UNABOM explosive devices. Several metal clumps, castings and nondescript pieces were recovered from Kaczynski's cabin.

26.  One cut portion of a battery  (Page 36)

Batteries were extremely important to Kaczynski in his UNABOM criminal activities. Batteries of various types were employed in all but the first of Kaczynski's UNABOM explosive devices.  He traveled out of state to purchase batteries, and he removed the covers from batteries he used in his bombs so as to try to disguise their brands.  Kaczynski's set of over 200 thoroughly documented experiments regarding how to design and construct explosive devices lists seven experiments devoted to the study of batteries.

27.  Small plastic container with brownish-black powder  (Page 36)

The FBI Laboratory identified the brownish-black powder to be iron.  The FBI Laboratory describes iron powder as a "fuel."

28.  One brown plastic container containing trace material  (Page 36)

29.  Glass jar with red metal lid containing clumps of silver substance  (Page 38)

FBI Laboratory examination of the clumps of silver substance determined it to be aluminum powder.  The jar was labeled by Kaczynski, "Aluminum from some type of paint - type of paint unknown."  Aluminum powder was part of the main explosive charge mixture in all UNABOM improvised explosive devices from 1985 forward.  Kaczynski's 200+ documented experiments on the design and construction of explosive devices list Experiment 43 as "Methods for obtaining aluminum powder from paint" and Experiment 126, "Getting aluminum from paint."  There are also over forty other experiments listed in Kaczynski's "Index of Experiments" which list aluminum in some way in their titles.

30.  One metal can containing misc pieces of copper  (Page 38)

Kaczynski melted and recast metals for use in his UNABOM explosive devices.  He documented experiments regarding smelting aluminum, lead alloys and dissolving lead, and he also melted lead for use as shrapnel pieces in certain UNABOM explosive devices.  Several metal clumps, castings and nondescript pieces were recovered from Kaczynski's cabin.

31.  One small brown plastic bottle with aluminum filings  (page 39)

FBI Laboratory examination confirmed the contents of this small brown plastic bottle to be aluminum.  Aluminum powder was part of the main explosive charge mixture in all UNABOM improvised explosive devices from 1985 forward.

32.  Small orange plastic container with notation AgCl  (Page 39)

FBI Laboratory examination confirmed the contents of this small orange plastic container to be Silver Chloride.  AgCl is referenced by Kaczynski dozens of times in his documented

experiments to produce explosive chlorate chemical compounds.

33. Bottle with label Manganese Dioxide  (Page 39)

FBI Laboratory examination confirmed the contents of this bottle to be Manganese Dioxide.  The label on the bottle also clearly states, "Contact with other material may cause fire."

34. Bottle with notation lithorgeiminium & free lead  (Page 39)

FBI Laboratory examination of the contents of this bottle determined it to be lead oxide.

35. Orange container with notation  Fe2 03  (Page 39)

FBI Laboratory examination of the material in this container determined it to be Silicon Dioxide.  Kaczynski's label on the container also references it to Experiment 51 among his list of over 200 documented explosive device development experiments.  Experiment 51 from Kaczynski's "Index of Experiments" includes in its title, "Methods for making rust."

36. Small plastic tube containing blue powder  (Page 39)

FBI Laboratory examination of this blue powder determined it to be Copper Sulfate.

37. Small glass jar with notation NH4 Cl Ammonium Chloride  (Page 40)

FBI Laboratory examination of the contents of this small glass jar identified them as Sodium Carbonate and a trace amount of chlorine containing material.  This jar was also labeled by Kaczynski as pertaining to Experiment 136 from his list of over 200 documented explosive device development experiments.  Experiment 136 from Kaczynski's "Index of Experiments" was titled by him, "Making chlorates."  Potassium chlorate or sodium chlorate, along with aluminum powder, comprised the main explosive mixtures in all Kaczyski's UNABOM explosive devices from 1993 forward.

38. One small white plastic bottle with notation "lead chloride"  (Page 40)

FBI Laboratory examination of the contents of this small white plastic bottle confirmed the contents to be lead chloride.

39. Whitish bottle containing grey powder  (page 40)

FBI Laboratory examination of the grey powder determined it to be Silicon Dioxide. Another container of Silicon Dioxide found in Kaczynski's cabin (item 35 above) was labeled by him as pertaining to Experiment 51 among his list of over 200 documented explosive device development experiments.

40. Small brown plastic bottle with label Na2 Co3  (Page 40)

FBI Laboratory examination of the contents of this small brown plastic bottle determined the contents to be Sodium Bicarbonate.  Sodium Bicarbonate was used by Kaczynski to make filter paper from typing paper, for use in the process of making Potassium Chlorate out of match heads.  Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

41. Whitish plastic bottle with notation Fe(OH)2  (Page 41)

FBI Laboratory examination of the contents of this whitish plastic bottle determined it to be iron (powder) and trace amounts of manganese and carbon.  The label on the bottle also contains Kaczynski's notation that it corresponds to his Experiment 51 from his list of over 200 documented explosive device design experiments.

42. Small brown plastic bottle with notation lead acetate, lead hydroxide, lead carbonate  (Page 41)

FBI Laboratory examination of the contents of this small brown plastic bottle identified it as lead, carbon, oxygen and chlorine containing material.

43. One Calumet baking powder can with notation Fe 045  (Page 41)

FBI Laboratory examination of the contents of this can (which is also labeled as containing "black sand") determined it to be carbon, oxygen, silicon, iron, magnesium, aluminum, phosphorus, calcium, titanium and potassium containing material.

44. White bottle labeled HDC 0923-0371-03 Powdered Alum  (Page 41)

FBI Laboratory examination of the contents of this white bottle determined it to be Aluminum Ammonium Sulfate.

45. White plastic bottle labeled McKesson Boric Acid Crystals HF  (Page 41)

FBI Laboratory examination of the contents of this bottle confirmed it to be boric acid.  Boric acid was used by Kaczynski in experiments to obtain sodium chlorate from bleach.  Sodium chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

46. One "Grape Super Sip" bottle with notation Fe2 03  (Page 42)

FBI Laboratory examination of the contents of this "Grape Super Sip" bottle determined it to be iron, oxygen, magnesium, silicon and calcium containing material.   The label on the

bottle also contains Kaczynski's notation that it corresponds to his Experiment 51 from his list of over 200 documented explosive device design experiments.

47. Small clear glass "Folgers" jar with greenish-grey crystals  (Page 42)

FBI Laboratory examination of the contents of this jar determined it to be lead, copper, oxygen and carbon containing materials. The label on the bottle also contains Kaczynski's notation that it corresponds to his Experiment 241 from his list of over 200 documented explosive device design experiments.

48. White plastic McKesson Boric Acid Powder HF bottle  (Page 42)

FBI Laboratory examination of the contents of this bottle confirmed it to be boric acid. Boric acid was used by Kaczynski in experiments to obtain sodium chlorate from bleach. Sodium chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

49. One whitish plastic "Raspberry super sip" bottle with notation AgCl  (Page 42)

FBI Laboratory examination of the contents of this "Raspberry super sip" bottle determined it to be silver powder and silver chloride.  AgCl is referenced by Kaczynski dozens of times in his documented experiments to produce explosive chlorate chemical compounds.

50. White bottle with notations  (Page 42)

FBI Laboratory examination of the contents of this white bottle determined it to be a lead and oxygen containing substance.  Experiment 218 from Kaczynski's set of over 200 documented explosive device design experiments was titled by him, "Lead alloys."  Kaczynski melted and cast lead for use in some of his UNABOM explosive devices.

51. Clear glass jar with notation "amorphous carbon"  (Page 44)

FBI Laboratory examination of the contents of this glass jar determined it to be charcoal. Charcoal was used in some of Kaczynski's 200+ documented experiments to design improvised explosive devices.  One of them, Experiment 171 from his "Index of Experiments," was titled by Kaczynski as "Charcoal."

52. Metal can with notation "alder charcoal"  (Page 44)

FBI Laboratory examination of the contents of this glass jar determined it to be charcoal. Charcoal was used in some of Kaczynski's 200+ documented experiments to design improvised explosive devices.  One of them, Experiment 171 from his "Index of Experiments," was titled by Kaczynski simply as "Charcoal."

53. Whitish plastic container with label potassium carbonate  (Page 44)

FBI Laboratory examination of the contents of this container confirmed it to be potassium carbonate.

54. Rod shaped pieces of dark colored/blackish powder  (Page 44)

FBI Laboratory examination of this dark colored/blackish powder determined it to be sulfur.  The FBI Laboratory classified this sample as a low explosive. Sulfur is referenced by Kaczynski throughout his documented experiments in the design and creation of explosive devices.

55. One small glass jar with small amount of gold, shiny granules and flakes  (page 46)
        This jar contains two staples, and brass filings.

56. Plastic bread bag with five small containers containing various chemicals  (Page 47)

FBI Laboratory examination of the chemicals in these various containers identified them as aluminum powder, magnesium (turnings) and iron containing material, with a trace amount of Potassium Chlorate; Potassium Chlorate; Perforated Cylinder Double Base Smokeless Powder; Sodium Nitrate, Sucrose and carbon, and sulfer.  Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.  Six of Kaczynski's UNABOM explosive devices employed smokeless powder as all or part of their main explosive charges.  One of the five small containers also contained on it Kaczynski's notation that it pertains to Experiment 118 from his over 200 documented explosive device design experiments.

57. One tan plastic shopping bag containing three aluminum foil envelopes with notations (Page 47)

FBI Laboratory examination of the contents of these foil envelopes determined it to be Sodium Chlorate and aluminum powder.  Sodium Chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.  The envelopes also contain Kaczynski's handwritten notations that they pertain to Experiments 225, 228, 244 and 245 from his over 200 documented explosive device design experiments.  Experiment 244 is Kaczynski's notation for his UNABOM explosive device attack which killed Thomas Mosser on December 10, 1994.  Experiment 245 is Kaczynski's notation for his UNABOM explosive device attack which killed Gilbert Murray on April 24, 1995.

58. One white plastic bag containing "flash powder"  (Page 49)

FBI Laboratory examination determined the contents of this plastic bag to be Potassium

Nitrate and aluminum, classified by the FBI Laboratory as a low explosive compound.

59.  Round metal can with notation Na2CO3  (Page 49)

FBI Laboratory examination determined the contents of this round metal can to be Sodium Carbonate.

60.  One brown plastic bottle with notation crude KClO3  (Page 49)

FBI Laboratory examination of the contents of this brown plastic bottle determined it to be Sodium Chloride and Potassium Chlorate.   Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

61.  Blue powder substance  (Page 50)

FBI Laboratory examination of this blue powder substance determined it to be Ammonium Nitrate and Sodium Nitrate.  Ammonium nitrate and aluminum comprised the main explosive charges in the five UNABOM explosive devices deployed by Kaczynski between 1985 and 1987.

62.  White plastic bottle with notation CaSO4  (Page 50)

FBI Laboratory examination of the contents of this plastic bottle determined them to be Calcium Sulfate.  Calcium Sulfate (also known as Plaster of Paris) was used by Kaczynski in his UNABOM explosive device attack which killed Gilbert Murray in April 1995.  In that device, Kaczynski coated the pipe in the bomb with Calcium Sulfate prior to wrapping it with filament tape.

63.  Brown plastic bottle with notation "mostly Kcl"  (Page 50)

FBI Laboratory examination of the contents of this brown plastic bottle identified them as Sodium Chloride, Potassium Chloride and Potassium Chlorate.  Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

64.  One metal can containing large black particles  (Page 50)

FBI Laboratory examination of the black particles identified them as Potassium Chlorate and Sulfur.  Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

Kaczynski's handwritten notations on a label on the can refer to his Experiment 90 from his documented collection of over 200 explosive device design experiments. Experiment 90 from his "Index of Experiments" was titled by him, "Experiments with ignitors - type T tertiary wire, and type T3 wire; mixture #5. Resistance of some wires."

65. One glass bottle with label "McKesson Glycerin USP"  (Page 50)

     FBI Laboratory examination of the contents of this glass bottle confirmed it to be glycerin.

66. Liquid from bottle marked "Sodium Tartrate"  (Page 50)

     FBI Laboratory examination of the contents of this bottle confirmed it to be Sodium Tartrate. Experiment 153 from Kaczynski's set of over 200 documented explosive device design experiments was titled by him, "Making sodium tartrate."

67. Liquid from bottle marked "KCl"  (Page 50)

     FBI Laboratory examination of the contents of this bottle confirmed it to be Potassium Chloride.

68. Whitish plastic bottle with label "McKesson Saltpeter (Potassium Nitrate)  (Page 51)

     FBI Laboratory examination of the contents of this bottle confirmed it to be Potassium Nitrate. Potassium Nitrate (also known as saltpeter) is an ingredient used in the production of "black powder" gunpowder. Kaczynski had a handwritten formula for black powder among the documents seized from his cabin.

69. Small brown bottle with notation "crude KClO3"  (Page 51

     FBI Laboratory examination of the contents of this bottle confirmed it to be Potassium Chlorate. Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

70. One clear plastic bottle with notation "crude KClO3"  (Page 51)

     FBI Laboratory examination of the contents of this bottle confirmed it to be Potassium Chlorate. Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

71. One round cardboard and metal cannister containing silver-grey powder substance  (Page 51)

FBI Laboratory examination of the contents of this cannister identified them as magnesium (turnings) and aluminum chunks.  Aluminum was of great importance to Kaczynski in his explosive device design experiments and construction of UNABOM explosive devices. Many of his documented experiments dealt with ways to handle aluminum and obtain aluminum powder.  Mixed with other chemicals, aluminum powder served as part of the main explosive charges in all his UNABOM explosive devices from 1985 forward.

72. Two small white cardboard boxes labeled "potassium chromate"  (Page 51)

FBI Laboratory examination of the contents of these two boxes identified it as Sodium Chromate.

73. One white plastic shopping bag containing a white powdery substance  (Page 51)

FBI Laboratory examination of the contents of this shopping bag (divided inside into two parts) identified them as magnesium sulfate in one part and in the other part, "magnesium particles, also present a sulfur containing material."

74. One small plastic container with notation BaSO4  (Page 52)

FBI Laboratory examination of the contents of this small plastic container identified it as barium sulfate.

75. One clear glass jar with notation "Curic Hydoxide?"  (Page 52)

FBI Laboratory examination of the contents of this clear glass jar identified it as copper hydroxide nitrate.

76. Whitish plastic bottle with label "McKesson Boric Acid Crystals"  (page 52)

FBI Laboratory examination of the contents of this bottle confirmed it to be boric acid. Boric acid was used by Kaczynski in experiments to obtain sodium chlorate from bleach. Sodium chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

77. One white plastic bottle, with label "Flowers of Sulfur"  (Page 52)

FBI Laboratory examination of the contents of this bottle confirmed it to be sulfur.  The FBI Laboratory classified this sample as a "fuel."   Sulfur is referenced by Kaczynski throughout his documented experiments in the design and creation of explosive devices.

78. One large whitish plastic jar containing white powdery substance  (Page 53)

FBI Laboratory examination of the contents of this jar determined it to be calcium sulfate.

79. Outer pipe with attached metal fragments  (Page 53)

Government agents who searched Kaczynski's cabin found an assembled, unexploded bomb in a box under his bed.  It was rendered safe by government bomb technicians in an open field near the cabin site.  The bomb is described in items 2 and 3 above. This item is a component of item 3 above.

80. Pipe shaving and filler  (Page 53)

Government agents who searched Kaczynski's cabin found an assembled, unexploded bomb in a box under his bed.  It was rendered safe by government bomb technicians in an open field near the cabin site.  The bomb is described in items 2 and 3 above.  This item is a component of item 3 above.

81. End plug/metal fragments  (Page 53)

Government agents who searched Kaczynski's cabin found an assembled, unexploded bomb in a box under his bed.  It was rendered safe by government bomb technicians in an open field near the cabin site.  The bomb is described in items 2 and 3 above.  This item is a component of item 3 above.

82. Tape and twine, outer wrap of pipe  (Page 53)

Government agents who searched Kaczynski's cabin found an assembled, unexploded bomb in a box under his bed.  It was rendered safe by government bomb technicians in an open field near the cabin site.  The bomb is described in items 2 and 3 above.  This item is a component of item 3 above.

83. Improvised detonator and filler  (Page 53)

Government agents who searched Kaczynski's cabin found an assembled, unexploded bomb in a box under his bed.  It was rendered safe by government bomb technicians in an open field near the cabin site.  The bomb is described in items 2 and 3 above. This item is a component of item 3 above.

84. Small orange container with notation Silver oxide Ag2O  (Page 54)

FBI Laboratory examination of the contents of this container determined it to be black and gray particles containing silver and chlorine, black flakes containing silver and oxygen.

85. One small clear glass jar with notation "washed charcoal"  (Page 54)

        This item was not examined by the FBI Laboratory, however, charcoal was used in some of Kaczynski's 200+ documented experiments to design improvised explosive devices.  One of them, Experiment 171 from his "Index of Experiments," was titled by Kaczynski as "Charcoal."

86. One small orange plastic container with notation Fe2O3  (Page 54)

        FBI Laboratory examination of the contents of this small orange container identified them as iron (powder) and trace amounts of silicon, magnesium and calcium.  The label on the container also bears Kaczynski's handwritten notation that it corresponds to his Experiment 51 from his list of over 200 documented explosive device design experiments.  Experiment 51 from Kaczynski's "Index of Experiments" includes in its title, "Methods for making rust."

87. One round metal can containing a powdery substance  (Page 54)

        FBI Laboratory examination of the contents of this can identified the powdery substance as Potassium Chlorate and aluminum.  Potassium Chlorate and aluminum powder comprised the main explosive charges in Kaczynski's two 1993 UNABOM explosive devices which injured Dr. Charles Epstein and Dr. David Gelernter, and Kaczynski's 1995 UNABOM device which killed Gilbert Murray.

88. One Quaker Yellow Corn Meal can containing white powdery substance  (Page 54)

89. One white plastic jar labeled Tartaric acid  (Page 54)

        FBI Laboratory examination of the contents of this jar confirmed it to be tartaric acid. Kaczynski conducted and thoroughly documented over 200 experiments regarding the design and construction of improvised explosive devices.  One of them, as contained in Kaczynski's "Index of Experiments," is Experiment 156, which he titled, "Convert KClO into $NaClO_3$ using tartaric acid."  $NaClO_3$ is Sodium Chlorate. Sodium chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

90. Plastic bucket containing thick black material  (Page 55)

91. Metal container of black granular material  (Page 55)

        The FBI Laboratory examined, but could not identify, the black granular material in this container.

92. Metal container containing white powder material  (Page 55)

FBI Laboratory examination of the white powder material in this container identified it as Sodium Aluminum Silicate.

93. Three plastic bottles labeled "alcohol" containing liquid  (Page 55)

FBI Laboratory examination of the liquid in these bottles identified it as ethanol. Alcohol was identified by Kaczynski as being used by him in some of the over 200 documented experiments he did regarding the design and construction of improvised explosive devices.

94. Large plastic container labeled NaCl3 + NaCl  (Page 57).

FBI Laboratory examination of the material in this plastic container identified it as Sodium Chloride and Sodium Chlorate.  Sodium Chlorate and aluminum powder comprised the main explosive charge in Kaczynski's UNABOM explosive device which killed Thomas Mosser on December 10, 1994.

95. Bottle of white powder labeled NaCl  (Page 57)

FBI Laboratory examination of the white powder in this bottle confirmed it to be salt (NaCl).  Kaczynski employed salt frequently in experiments to create electrical ignitors for his bombs and to create sodium chlorate and potassium chlorate explosive mixtures.

96. Unknown powder  (Page 57)

The FBI Laboratory examined, but could not identify this powder.

97. Glass bottle containing clear liquid  (Page 57)

98. One white plastic container of white powder  (Page 58)

FBI Laboratory examination of the white powder in this white container determined it to be sucrose.  Use of sucrose and "sugar" to try to create explosive compounds are cited by Kaczynski in a number of his 200+ documented explosive device design experiments.

99. Plastic container of white powder  (Page 58)

FBI Laboratory examination of the white powder in this container determined it to be Sodium Chloride.

100. Two plastic containers with white crystalline material  (Page 59)

FBI Laboratory examination of the white powder in these containers determined it to be sucrose.  Use of sucrose and "sugar" to try to create explosive compounds are cited by Kaczynski in a number of his 200+ documented explosive device design experiments.