# PHOTOGRAPHS

# and

# WRITINGS



**GX 18-1158, p. 6**

How to hit an Exxon exec:

Send book-like package preceded by a letter → to his home
saying I am sending him a book I've
written on oil-related environmental concerns
— attacking environmental position — and I'd
like to have his comments on it before
preparing final version of manuscript.

For return address: Get names and
addresses of several big-time business
execs and call directory info to get
their numbers, until you hit one who has
an unlisted number. Use his return
address. Thus you'll have a real return
address, but the Exxon exec can't get his
number to call for verification.

OR — send package with return address of a ──────
exploration firm

→ Also, put in the letter a disclaimer stating
that the book represents my own personal views and
not those of the company I work for. This gives
a touch of realism, and it also explains why the letter
is not on the company letterhead. (But try to
fake a private letterhead.)

**GX 18-2033A-p. 13**

C-224E

11.  Tubes bought from the small "surplus" and "junk" store in Helena. Summer 1986.

12.  Tubes bought from the **Coast to Coast Store. Holiday Village.** Great Falls, August 1986.

13.  Piece of tube (which comes from **Gold Dollar** mine) which we use to water the garden.

14.  Iron bars we found near a small mining firm by the south side of Stemple Pass Rd., July 1986

15.  Wire found in Stemple Pass Road, near our house.

16.  Bolts, nuts and springs bought in Skaggs and **Coast to Coast** in Great Falls, August 1986. They should be cleaned.

17.  **Clean for experiment 116. Butchpipe.**

18.  Beer can. It is clean as far as my fingerprints, but it may well have the fingerprints of a Friend of Kim Williams.

19.  Rubber letters, etc. Bought in Spokane, Nov. 1990...

20.  Copper tube. outside diameter 3/8". Bought Nov. 1990 in a **hardware store** in Spokane. on E. Sprague Ave., approximate number: 1802 E Sprague. In any case. it is some 2 blocks to the east of the post office which is on 1602 E. Sprague. This tube may have my fingerprints (which, nevertheless. will be easy to erase with a file). When buying this tube, I was wearing a bulky cloak,with a jacket inside, so I would seem heavier than I am: silvered glasses; a cap with visor that covered my forehead: and kleenex inside the nostrils which expanded them; and the beard was darkened so it would seem almost black, or, at least, a very dark brown. To be sure to obtain a tube of the correct diameter, I showed the employee a small piece of tube of the kind I wanted to buy. This small piece was from a tube that, almost for sure, I had bought either at **Pacific Hyde and Fur** in Helena. or (less probably) at an **auto parts store** in Missoula. I am sure I took with me this small piece of tube when leaving the hardware store. and that I still had it with me upon arriving at the bus station in Spokane. But in some way that I do not understand, I lost it afterwards.

21.  Stamps with $1 value. I bought them Nov. 1990 [*TN: the date was inserted above the words and also on the left margin*] from a **vending** machine at the post office whichis at 1602 E Sprague in Spokane. Here is a strip of 11 stamps and one loose stamp. I first bought the strip of 11 stamps. I took them with my left hand which had on a soft leather (soft leather) glove [*TN: "soft leather" was rendered in English after the Spanish*]. I took the first stamp from the strip without remembering to first wipe the glove's fingers. I later wiped the glove (although not with great care) on my cloak. and I touched the other stamps only after wiping or cleaning the glove's fingers. I used up my quarters and I returned after 2 or 3 hours to buy more stamps from the same machine. but soon after buying one single stamp (this is the

**K2030**
**PAGE 136**

150. Morton's Salt.

151. **Solubility of** [TN: FORMULA] - [TN: FORMULA] **together.**

152. Several mixtures of $NaClO_3$, $KClO_3$, Al, sugar, etc.

153. Making **sodium tartrate.**

154. Making Glauber's **salt.**

155. Stability of $KClO_3$.

156. Convert $KClO_3$ into $NaClO_3$ using **tartaric acid.**

157. Making chlorine water, and dissolving [TN: FORMULA] and [TN: FORMULA].

158. **Rosin** or **Colophony** and physical properties of mixtures with Al, $NaClO_3$, etc.

159. Mixture 158-4 in a copper pipe.

160. Properties of **colophony.**

161. $NaClO_3$ + **epoxy** - Al.

162. Density of **epoxy** and **hardener.**

163. Making a good amount of **colophony.**

164. **Colophony** - **gasoline, acetone,** or **epoxy.**

165. $KClO_3$ + **sucrose** - Al - [TN: FORMULA].

K2030
PAGE 137

199. Mixtures of [TN: FORMULA] in hardened form.

200. Cotton as filler for the [TN: FORMULA] mixtures.

201. Stress resistance of the small copper pipes.

202. NaClO + Al + **rosin** without **acetone**.

203. Making [TN: FORMULA] using [TN: FORMULA].

204. Dissolving **nickels** in [TN: FORMULA].

205. Zerex **antifreeze**.

206. KClO + Al + **rosin** detonated with a detonator.

207. NaClO + Al + **rosin** in a steel pipe.

208. New mixtures - density and energy calculated.

209. Making [TN: FORMULA].

210. Making ClO$_2$ from **toilet-bowl cleaner**.

211. Density of **binders**.

212. Filter papers.

213. KClO$_3$ + Al + **rosin** detonated using an detonator.

214. "Zinc" (which it is not) from Pacific Hyde and Fur.

C-224E

*[translated from Spanish - English indicated in bold]*

...Origin of various things

Objects that have an attached number have their origin indicated as follows:

June 1985

1  Found near the old antennas atop Baldy.

2.  Bought at Kramis Hardware in Missoula; disguised; June 1985; 2a: other remains of tubes [;] with these I touched them.

3.  Solid bar has a safe origin. The tubes were bought from Burton Lumber of S.L.C. (Salt Lake City), May 1985. On the margin of the part of the receipt the company kept, there will be impressions from one part of my fingers.

4.  I took these tubes from the remains of the old and abandoned mining equipment (placer) which is in the creek next to Stemple Pass Rd. beyond S. Poorman. A man went by the road in his truck while I was standing there, up near the equipment; I do not know if he saw me or not. He was the only one who went by or who could see me. June 1985

5  Found by the side of Stemple Pass Rd. June 1985. Nobody saw me take it.

6  Found at Stonewall Mtn. peak where the remains of the old watchtower are. I found at the peak three girls who had climbed the mountain on horseback; I pretended to go away, but I really hid and waited until they went away; I returned to the peak later to get the tubes, so that nobody saw me take them. July 1985

7.  Orange insulation wire found in the foothills where I have my encampment further up from McClellan Gulch, July 1985. **This wire is either 23 ga. Or 24 ga. according to a measurement of resistance. [*TN: ga. = gauge*]**

8.  Aluminum tube found in Gt. Falls, June 1985. Found on the street.

9.  Tubes bought from Rock Hand, August 1985. On this date they are clean.

10.  Tubes bought in a **Junkyard, Utah Scrap Metal,** at 900 S Street, some blocks to the west of **West Temple,** in Salt Lake City. When buying these tubes, I gave them Charles Kradnick as the name, without an address. I was wearing silvered glasses, gum **(chewing gum)** under the upper lip (changing its shape that way), and a piece of wax in the left nostril, distorting it. I had to sign a receipt (with the name of Charles Kradnik), but I did it in such a way that I did not leave impressions on it from my fingers. Neither did I eave on the tubes themselves the impressions from my fingers. December 1985.

K2030
PAGE 135


134. Extracting **oxalates** from rhubarb.

135. Making [TN: FORMULA].

136. Making **chlorates**.

137. Making [TN: FORMULA].

138. Making $NaClO_4$.

139. Making $NaClO_3$ with [TN: FORMULA].

140. Making $NaClO$, exposing **bleach** to the sun.

141. Making **chlorates** with lime.

142. "No-salt": extract [TN: FORMULA].

143. Making [TN: FORMULA].

144. Making $NaClO_4$ adding [TN: FORMULA] to **bleach**.

145. Making [TN: FORMULA], II.

146. Making [TN: FORMULA].

147. Liquid squeezer.

148. Making [TN: FORMULA].

149. Making [TN: FORMULA].

K2030

PAGE 138

215. New mixtures in copper pipes.

216. [TN: SEE BELOW.]

217. Mixed [TN: FORMULA] + $KClO_3$.

218. Lead alloys.

219. Another test of mixture 206-1.

220. Internal resistance of 9-volt, size AAA batteries

221.

IN FOOTNOTE ITEM 2 ... The Spanish word "Abrade" in relation is here, is available. It can be correctly translated as "Abandoned" in this work."

K2030
PAGE 136

166. [TN: FORMULA] from the frame of the suitcase: specific gravity.

167. Preparation of some copper pipes.

168. [TN: FORMULA] - Al + **rosin**.

169. $NaClO_3$ - Al + **epoxy**.

170. **Glycerol**, [TN: FORMULA], $NaClO_3$, etc.

171. Charcoal.

172. Preparation of iron pipes, .493" diam.

173. $KClO_3$ - [TN: FORMULA] + Al + mucilage.

174. $KClO_3$ + Al - **starch** - [TN: FORMULA].

175. Cornflakes.

176. Resistance to the tension of pipes.

177. Thin-walled stainless ?: steel pipe.

178. [TN: FORMULA] + Al of greater density in a double pipe.

179. Can with a hole; flow of water.

180. Separation of $NaClO_3$ and Al through vibration

181. $NaClO_3$ - Al in copper pipe.

K2030
PAGE 137

182. $KClO_3$ + Al - **sucrose**

183. $KClO_3$ + Al + **sucrose** in brass pipe.

184. Getting $KClO_3$ from dirty remains of $NaClO_3$.

185. Grease in the aluminum we have.

186. Mixture 158-10.

187. $NaClO_3$ - **rosin.**

188. $KClO_3$ - **sucrose.**

189. $NaClO_3$ - **sucrose.**

190. $NaClO_3$ + Al + **rosin** in a copper pipe.

191. $KClO_3$ - Al + **sucrose** in an iron pipe.

192. Stability of $KClO_3$ in the presence of [TN: FORMULA].

193. Making [TN: FORMULA].

194. **Acetone - epoxy**

195. $NaClO_3$ + Al + **rosin** in an iron pipe.

196. [TN: FORMULA] **as drying agent.**

197. $NaClO_3$ - Al + **rosin** in copper pipe.

198. $KClO_3$ + Al + **sucrose** in an iron pipe.







semi-queered

F exp. 183                          ~T~  X

Queered                Semi - Queered    AA
                       Steel Tube,
                       internal diam ≈ 9.5 m,
                       wall thickness 1.6 m
                       with screw caps to
                       fit. This must have

Class 1. Hide carefully far from home.
Class 2. Hide carefully far from home, but can be destroyed
           at a pinch.
Class 3. Hide carefully far from home, but can be burned
           at a pinch
Class 4. Burn away from home
Class 5. Burn in stove, eventually
Class 6. Burn with glass jars
Class 7. Destroy
Class 8. Treat to make safe
Class 9. Burn in stove, then dispose of remains
Class 10. Dump in trash far from home
    QQ      Super queer
    Q       Very queer
    R       Moderately queer
    S       Slightly queer

    [B]   Burnable

    [NB]  Not Burnable































