# PHOTOGRAPHS

# and

# WRITINGS

Case 2:96-cr-00259-GEB-GGH   Document 726-3   Filed 08/04/06   Page 2 of 24

















Case 2:96-cr-00259-GEB-GGH    Document 726-3    Filed 08/04/06    Page 11 of 24

# Theodore J. Kaczynski
## Documented Efforts to Erase or Avoid Leaving Fingerprint Impression Evidence



GX 18-2034, p. 273

"<u>Pipe #9.</u> It is a piece from pipe ⊗. At 18.5 lu from end A it has a slight defect, like a dent from the inside. The inside has been worked thoroughly with coarse sandpaper. The outside of the pipe has been worked thoroughly with sandpaper to erase any fingerprints, but only with very fine, not coarse sandpaper."

Case 2:96-cr-00259-GEB-GGH   Document 726-3   Filed 08/04/06   Page 12 of 24

# Theodore J. Kaczynski
## Documented Efforts to Erase or Avoid Leaving Fingerprint Impression Evidence



GX 18-2041D, p. 4

"The tube should be worked over with fine emory paper to remove any fingerprints - wiping is not enough. Even if your own prints are not on the tube, store employees' prints may enable FBI to trace tube to store where it was bought."



Case 2:96-cr-00259-GEB-GGH   Document 726-3   Filed 08/04/06   Page 14 of 24

# Theodore J. Kaczynski

## Documented Efforts to Erase or Avoid Leaving Fingerprint Impression Evidence



GX 18-2034, p. 23

"Through each one of these holes we inserted a little shorter 3/4" bolt made out of one of the zinc-plated nails we have. All these bolts, little bolts, nuts and washers were sanded well with sandpaper to remove fingerprints."

Case 2:96-cr-00259-GEB-GGH   Document 726-3   Filed 08/04/06   Page 15 of 24

# Theodore J. Kaczynski
## Documented Efforts to Erase or Avoid Leaving Fingerprint Impression Evidence

GX 18-778A, p. 2

"These stamps are <u>CLEAN</u> and do not bear the impression of this writing. They were purchased from a vending machine in one of the two Missoula post offices between March 1995 and May 1995.  They have been treated with salt water and soybean oil.  Their denomination is 32¢"

Case 2:96-cr-00259-GEB-GGH    Document 726-3    Filed 08/04/06    Page 16 of 24

# Theodore J. Kaczynski

## Documented Efforts to Erase or Avoid Leaving Fingerprint Impression Evidence



GX 18-778B, p. 1

"two 10¢ stamps, purchased from vending machine in Kent St. Post Office, Missoula, March 1995. They do not bear the impression of this writing and are <u>clean</u> in that I have not handled them, but they may have been handled by postal employees who put them in the little envelopes that go in vending machine. They have been treated with salt-water and soybean oil."



# Theodore J. Kaczynski

## Documented Efforts to Erase or Avoid Leaving Fingerprint Impression Evidence

GX 18-2041G, p. 2

"The material in this envelope is <u>clean</u> and does not bear the impression of this writing"

# Documented Use of Disguises
## by Theodore J. Kaczynski

"Pipes bought in a Junkyard, Utah Scrap Metal, at 900 S Street, some blocks to the west of West Temple, in Salt Lake City. When I bought these pipes, I gave the name Charles Kradnik, with no address. I was wearing silvered glasses, gum (chewing gum) under my upper lip (changing its shape that way), and a piece of wax in the left nostril, distorting it. I had to sign a receipt (with the name of Charles Kradnik), but I did it in such a way that I did not leave any of my fingerprints."

GX 18-2030, p. 47

"When I bought this pipe, I was wearing a bulky cloak, with a jacket inside, so I would appear heavier than I am; silvered glasses; a cap with a visor that covered my forehead; and kleenex inside my nostrils which expanded them; and my beard was darkened so it would appear almost black, or at least a very dark brown."

GX 18-2030, p. 48

"When I bought these stamps, I was wearing the same clothes, glasses, beard color, etc., that I described under number 20 above."

GX 18-2030, p. 48

"Bought at Kramis Hardware in Missoula; disguised; June, 1985;"

GX 18-2030, p. 47

"Springs. Bought at Coast to Coast, Missoula, Nov. 1990. The only disguise I was wearing were the silvered eyeglasses."

GX 18-2030, p. 48

| "plus | minus |
|---|---|
| confuses them about hair | may make them suspect we're not from CA, hence track busses |
| removes their idea we have brown hair | may make them suspect suspect we wore wig |
| | may make them doubt false verbal clues." |

GX 18-2041D, p. 23

"For instance, last Fall I attempted a bombing and spent nearly three hundred bucks just for travel expenses, motel, clothing for disguise, etc."

GX 18-2046A, pgs. 66-67

Case 2:96-cr-00259-GEB-GGH   Document 726-3   Filed 08/04/06   Page 20 of 24

# Motive and Intent

"I emphasize that my motivation is personal revenge. I don't pretend to any kind of philosophical or moralistic justification. The concept of morality is simply one of the psychological tools by which society controls people's behavior. My ambition is to kill a scientist, big businessman, government official, or the like. I would also like to kill a Communist."

GX 18-2003B, p. 2
Journal Entry
Between Fall 77' and August '78



# Selected Statements of Defendant

Concerning the Epstein and Gelernter Bombs



GX 18-1825, p. 1; GX 20-7, p. 1

"This is a message from the terrorist group FC. To prove its authenticity we give our identifying number (to be kept secret): 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 . . . . after a long period of experimentation we developed a type of bomb that does not require a pipe, but is set off by a detonating cap that consists of a chlorate explosive packed into a piece of small diameter copper tubing. (The detonating cap is a miniature pipe bomb.) We used bombs of this type to blow up the genetic engineer Charles Epstein and the computer specialist David Gelernter."





Case 2:96-cr-00259-GEB-GGH   Document 726-3   Filed 08/04/06   Page 24 of 24



GX 18-2033A, p. 216

"The bolts between D and E, and between H and I (Fig 1) are store bought bolts, with threads at the end.  The rest of the bolts are from the steel rods (camshafts?) I found near one of the old automobiles that are close by.  All of the bolts have been well scrubbed so as to remove the fingerprints."