IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---oOo---

BEFORE THE HONORABLE GARLAND E. BURRELL, JR., JUDGE

---oOo---

UNITED STATES OF AMERICA,

      Plaintiff.

vs.                       No. Cr.  S-96-259

THEODORE KACZYNSKI,

      Defendant.

_____/

---oOo---

<u>REPORTER'S TRANSCRIPT</u>

STATUS CONFERENCE

FRIDAY, JULY 28, 2006

---oOo---

Reported by:     KIMBERLY M. BENNETT, CSR #8953

RPR, CRR, RMR

KIMBERLY M. BENNETT, OFFICIAL COURT REPORTER, USDC -- (916) 442-8420

THE COURT:  I understand that the victims, because you have argued, have privacy issues, and that's why they want the redactions.  But if I ultimately decide to require the government to give Kaczynski a copy of all of his writings, it would be an unredacted copy he would get, and he wouldn't be constrained as to how he would use the unredacted copy. He could use it in a way that interferes with the goal you have articulated as far as redactions are concerned.

MR. HIRSCH:  Yes.  Your Honor, one of the things I've been trying to find out, without success, is the nature of the agreement between the University of Michigan and Mr. Kaczynski, which was hammered out with his lawyers over a course of two years.

And the University of Michigan has intimated to me that there is some sort of confidentiality provision, or embargo, or something that restricts public access to those copies that are deposited in the anarchist writing collection at the University of Michigan.

What the victims would most like to see is what those conditions are.  And if the copies are provided, I suspect that he's under contract to give them to the University of Michigan.  But I'm only speculating, because although I've repeatedly asked Mr. Balazs about the contract, I have not been able to obtain it.

So there may be a solution in terms of what

contractually he has agreed to with the University of Michigan.

The other thing I have to say on that is that if Mr. Kaczynski were inclined to exploit the unredacted writings commercially, his plea agreement requires that any funds come to us.  Although that does not cure the privacy issue, it at least prevents him from having a commercial motive for exploiting the unredacted writings.

THE COURT:  I was asking the question about the privacy issue.

MR. HIRSCH:  Yes.

THE COURT:  All right.

MR. BALAZS:  Nothing further, Your Honor.

MS. MARTEL:  With regard to the Court's question as to the plan, Your Honor, if Your Honor will allow me, I will submit an amended plan that will provide for purchase of the guns by the victims through credit.

As to the contraband, the contraband will either -- the bomb making materials will not be sold.  So the plan does not include any sale of the bomb making materials.  So the Court -- the decision the Court has to make is whether the Court will allow us to destroy them or the Court will order us to return them.

But that is -- it has never been contemplated that any bomb making materials would be sold to the public.  And the