1

2

3

4

5

6

**FILED**

AUG 1 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )
                                       )     2:96-cr-0259-GEB
11          Plaintiff,                 )
                                       )
12      v.                             )     ORDER
                                       )
13  THEODORE JOHN KACZYNSKI,           )
                                       )
14          Defendant.                 )
    _____)

15

16          Pursuant to 18 U.S.C. § 3664(m)(1)(A)(ii), the United States

17  Marshal is authorized to take the steps necessary to cause the

18  property listed in the attachment hereto and the original writings of

19  Defendant in the government's possession, excluding those writings

20  that contain diagrams and 'recipes' for making bombs, to be sold at a

21  reasonably advertised internet auction as property of Theodore John

22  Kaczynski being sold by court order for the benefit of his victims.

23          The Marshall shall request bids for the conduct of said sale

24  as described in his letter to the United States Attorney, and shall

25  enter into a contract within sixty days from the date of this Order.

26  The contract with the internet auctioneer shall provide that all costs

27  of publicity and sale shall be borne by the auctioneer and that the

28

1

1 | auctioneer will be paid for conducting the sale from the proceeds of
2 | the sale, not to exceed ten percent.

3 |         Once the Marshall has entered into said contract, the
4 | Marshal shall cause the Federal Bureau of Investigations ("FBI") to
5 | promptly deliver the property for sale to the auctioneer.

6 |         The proceeds from the sale, after deducting the auctioneer's
7 | commission and the FBI's costs of delivery, shall be paid to the Clerk
8 | of the Court, who shall cause the proceeds to be paid to the victims
9 | listed in Defendant's judgment of conviction on a pro rata basis.

10 |         The Marshal's requests that he not take possession of the
11 | property to be sold, that he not be ordered to spend any funds in
12 | connection with the sale of the items, and that he be allowed to waive
13 | his statutory commission, are approved.

14 |         IT IS SO ORDERED.

15 |
Dated:   August 10, 2006
16 |

17 |                            /s/ Garland E. Burrell, Jr.
                           GARLAND E. BURRELL, JR.
18 |                            United States District Judge

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

# PERSONAL ITEMS

**Tools**

1. File (Page 2)

2. File with Red Handle (Page 2)

3. Metal Files (Page 2)

4. Pliers/vise grip (Page 12)

5. Hatchet (Page 12)

6. Knife (Page 13)

7. Pocket knife (Page 14)

8. Three tools (Page 15)

9. Tools (Page 15)

10. Small ratchet, tweezers and a pocket knife (Page 15)

11. One wood handled knife (Page 17)

12. Tools (Page 18)

13. Hand tools (Page 19)

14. Two spades/hand shovels (Page 19)

15. Tool made with rebar (Page 19)

16. Wooden handled hammer (Page 20)

17. Saw blades (Page 20)

18.    Long bladed black handled knife (Page 20)

19.    Saw (handsaw) (Page 20)

20.    Wooden measuring instrument (Page 20)

21.    Tool box (Page 20)

22.    Radio Sonde - measures temp., humidity, etc. (Page 20)

23.    Welding mask (Page 23)

24.    Bow strings and arrows in a quiver (Page 23)

25.    Hand saw (Page 27)

26.    Wooden handled pocket knife (Page 28)

27.    Pick/Hatchet Tool (Page 28)

28.    Knife (Page 28)

29.    Hunting knife (Page 28)

30.    Wood handled file (Page 28)

31.    Seven large drill bits (Page 28)

32.    Great Neck #50 hacksaw (Page 28)

33.    One drilling base (Page 28)

34.    Hand saw (Page 28)

35.    Hand bowed wood saw (Page 30)

36.    Arrows (Page 32)

37.    12 saw blades (Page 32)

38.    Magnet (Page 34)

39.    Hand drill (Page 34)

40.    Metal files (Page 38)

41.    Grinding wheels (Page 38)

42.    Hack saw blade (Page 38)

43.    Pliers (Page 46)

44.    Two axes (Page 53)

45.    Forging pliers (Page 56)

46.    Red colored vice (Page 57)

47.    Clamp (Page 57)

48.    Three pairs of scissors (Page 18)


**Clothing**

1.    Gloves (Page 1)

2.    Gloves (Page 2)

3.    Green coat (Page 3)

4.    Blue scarf (Page 6)

5.    Scarf (turquoise and green) (Page 6)

6.    Shoes - with double sole of different sizes (Page 13)

7.    Brown sweater (Page 13)

8.    Hat, brown bag, camouflage jacket, green pants and canvas jacket (Page 13)

9.    Poncho (Page 13).

10.   Brown rain coat (Page 13)

11.   Canvas green/brown face mask and black canvas face mask (Page 14)

12.   Red hat (Page 17)

13.   Green canvas U.S. Army backpack (Page 17)

14.   Blue zippered sweatshirt (Page 18)

15.   Blue hood and old towel (Page 18)

16.   Two pair of plastic glasses (Page 18)

17.   Blue jacket (Page 18)

18.   Green hooded jacket (Page 18)

19.   Northwest Territory hiking shoes (Page 21)

20.   Tan duffel bag

21.   Two duffel bags (Page 23)

22.   Black jacket (Page 23)

23.   (5) Pairs of Glasses (Page 59)

24.    Three mittens and two boots (Page 3)


## Personal Belongings

1.    Typewriter and brown case (Page 1)

2.    Typewriter (Page 21)

3.    Typewriter with gray case (Page 24)

4.    Recorder & case (Page 1)

5.    Black watch (Page 5)

6.    Watch (Page 5)

7.    Red "Le Watch" Brand Watch (Page 29)

8.    Montana driver's license (Page 5)

9.    Two books of checks in the name of Theodore J. Kazcynski (Page 6)

10.    Samsonite briefcase containing University of Michigan Degrees (Page 24)

11.    Yearbooks (Page 24)

12.    Leather portfolio (Page 12)

13.    Traveling kit (Page 5)

14.    Radio and map of Lincoln, MT., area (Page 14)

15.    Homemade calendar (Page 15)

16.    Backpack frame containing misc. pipes and cordage (Page 21)

17. One "Hanson, Model 1509" scale (Page 25)

18. Medallion (Page 57)

19. Scabbard (Page 60)

## Books

1884 Revisited (K2040-5)
201 Russian Verbs (K964-42)
3 Rivers North telephone book (K963-38)
A Finnish Grammar (K963-11)
Abundance for What? (K974-60)
Age of Metternich 1814 - 1848 (K964-3)
Alexander II and the Modernization of Russia (K964-21)
Ancient World (K964-33)
Ancient and Medieval Coins (K964-48)
Ancient Near East (K974-66)
Ancient Engineers (K2040-2)
Annals of Imperial Rome (K964-37)
Arabs in History (K974-27)
Argentina, Sociedad De Masas (K964-26)
Asimov's Guide to the Bible (K2039-5)
Autobiography of Benvenuto Cellini (K2018-21)
Autopsy of Revolution (K974-2)
Axiomatization of the Theory of Relativity (K1075-17)
Baronial Household of the Thirteenth Century (K974-58)
Baroque Times in Old Mexico (K964-13)
Basic Conversational Russian (K963-7)
Beginner's Russian Reader (K964-52)
Beginning Latin Book (K963-18)
Botany (K1075-9)
Brothers Karamazov (K2019-12)
Caesar the Conquest of Gaul (K964-15)
Caesar's Gallic War (K963-1)
Calculus (K1075-14)
Camping and Woodcraft (K1075-5)
Cartas Finlandesas - Hombres Del Norte (K974-49)
Cassell's New Compact Latin Dictionary (K963-23)
Catalogo, 1987 (K974-8)
Celts (K964-14)
Century Handbook of Writing (K963-29)
Chinese Political Thought in the Twentieth Century (K2040-1)
Comes the Comrade! (K2039-6)
Committee of Vigilance (K974-17)
Companion to Caesar (K963-30)
Companion to Vergil (K963-31)
Concise Russian and English Dictionary (K963-13)
Conquest of Mexico (K964-45)
Conquest of Peru (K964-9)
Conquest of New Spain (K964-46)

Controlling Knapweed (K1075-2)
Cossacks and the Raid (K2019-25)
Count Your Calories (K963-21)
Course of the South to Secession (K974-63)
Crowd in History, 1730 - 1848 (K964-38)
Cuentos (K974-42)
Cuentos Y Relatos Del Norte Argentino (K974-41)
Daily Life in Ancient Rome (K964-10)
Darkness at Noon (K974-28)
David Copperfield (K2019-14)
Deerslayer (K974-40)
Defense Never Rests (K974-18)
Eastern Mysticism (K2039-4)
Edible Wild Plants (K1075-21)
Edible Wild Plants (K1075-23)
Effects of Nuclear Weapons (K1075-18)
Egyptian Language (K963-15)
El Perfil Del Hombre Y La Cultura En Mexico (K974-37)
El Idioma Espanol En Sus Primeros Tiempos (K964-19)
Electronics Made Simple (K1075-28)
Elementary Chinese (K964-49)
Elementary Spanish Grammar (K963-32)
Elements of the Topology of Plane Sets of Points (K1075-36)
Elements of Style (K963-14)
Elizabethan World Picture (K974-48)
Esbozo de Una Nueva Gramatica de la Lengua Espanola (K963-4)
Espana Contemporanea - Lengua Y Cultura (K963-9)
Essential Works of Marxism (K974-12)
Essentials of Russian (K963-10)
Essentials of Electricity for Radio and Television (K1075-27)
Far from the Madding Crowd (K2019-22)
Field Guide to Rocky Mountain Wildflowers (K1075-25)
Field Guide to Trees and Shrubs (K1075-4)
Field Guide to Western Birds (K1075-1)
Field Guide to Animal Tracts (K1075-3)
First Aid Measures for Accidents and Antidotes of Poisons (K1075-37)
First Latin Reader (K963-24)
Florilegio de cuentos hispanoamericanos (K974-33)
Food, Nutrition and Diet Therapy (K963-37)
Forest People (K974-61)
French English English French Dictionary (K964-27)
French Grammar (K964-25)
French Revolution Conflicting Interpretations (K2018-14)
French Revolution, V 1, (K2018-1)
French Revolution, V 2, (K2018-2)

French Chivalry (K2018-18)
French Revolution (K2018-16)
Fundamentals of Analytical Chemistry (K1075-20)
Garden City,Seeds (K963-35)
General Chemistry for Colleges (K1075-26)
German Grammar (K964-44)
German English English German Dictionary (K964-32)
Germans (K2018-7)
Graphic Survey of Chemistry (K1075-29)
Great Short Works of Joseph Conrad (K2019-5)
Growing Up Absurd (K1008)
Guide to Common Mushrooms of British Columbia (K1075-6)
Guide to Common Edible Plants of British Columbia (K1075-7)
Gurney's 1996 Spring Catalog (K963-36)
Handbook of Chemistry and Physics (K1075-12)
Handbook of Greek Mythology (K974-20)
Hard Times (K2019-21)
Harmless People (K974-5)
Hatchet Men (K974-29)
Historia De La Civilizacion Espanola (K964-23)
Histories (Tacitus) (K964-41)
Histories (Herodotus) (K964-28)
History of the German Language (K2018-10)
History of Violence in America (K2040-3)
History of the First World War (K964-18)
History of the Middle Ages 284 - 1500 (K964-1)
History of England (K2018-17)
Hitler's Dictatorship and the German Nation (K2018-15)
Holy Bible Dictionary Concordance (K2039-3)
How to Know the Wild Flowers (K1075-15)
I.C.S. Reference Library, Mathematics Mechanics (K2019-1)
I.C.S. Reference Library, Link Mechanisms, et al, (K2019-2)
Idearium Espanol - El Porvenir De Espana (K974-3)
Individual Differences Traits & Factors (K974-52)
Information War (K974-21)
Intellectual Foundations of China (K974-31)
Introduction to Organic Chemistry (K1075-19)
Introductory Russian Grammar (K963-5)
Journal of a Trapper (K974-51)
Juan Valera (K974-44)
Julius Caesar (K2019-16)
Know your Rights (K974-16)
La Cronica Del Peru (K964-17)
La Rebelion de las masas (K974-10)
Lange's Handbook of Chemistry (K1075-11)

Last Days of Hitler (K2018-5)
Last of the Mohicans (K974-39)
Latin America and the Enlightenment  (K964-20)
Latin Grammar (K963-16)
Latin Review Text (K963-19)
Latin Made Simple (K963-8)
Lena Seca (K2019-26)
Les Miserables, v 1, (K2039-1)
Les Miserables, v 2, (K2039-2)
Life on the Mississippi (K974-46)
Livy Books I and II  (K964-30)
Logarithms (K1075-13)
Los relampagos de agosto (K974-57)
Lost Languages (K963-17)
Louis XIV and Twenty Million Frenchmen (K2018-11)
Making of the Middle Ages (K964-12)
Manners and Customs of Several Indian Tribes (K974-53)
Many Mexicos (K964-11)
Maximina (K2019-27)
Mechanics of Materials (K1075-31)
Medici (K2018-8)
Medieval Cities (K964-4)
Merchant of Venice (K2019-15)
Metamorphoses (K2019-18)
Metodo Espanol (K974-32)
Midcentury Revolution, 1848  (K964-24)
Modern Physics (K1075-32)
Mushroom Hunters Field Guide (K1075-35)
My Lives in Russia (K964-7)
My Life as an Indian (K974-50)
Napoleon Buonaparte Builder or Wrecker (K2018-13)
Napoleon (K2018-3)
Napoleonic Revolution (K2018-19)
New England Frontier Puritans and Indians 1620 - 1675 (K974-38)
New Understandings of Administration  (K964-39)
Nigger of the Narcissus (K2019-6)
Nomads of the Long Bow (K974-64)
Nomads of South Persia (K974-47)
Non-Flowering Plant  (K1075-16)
Norse Discovery of America (K974-34)
Nuer (K974-30)
Ochrana (K964-8)
Of Mice and Men (K2019-11)
Old Regime and the French Revolution (K2018-6)
Organization Man (K974-9)

Origins of the Latin American Revolutions, 1808 - 1826  (K964-22)
Orwell: 1984 (K974-19)
Paradise Below Zero (K963-27)
Parties and Politics in the Early Republic (K974-62)
Peloponnesian War  (K964-31)
Peregrina y otros relatos (K974-43)
Pocket Russian Dictionary (K963-20)
Pocket Book of O. Henry Stories (K974-45)
Poisonous Plants of the United States   (K1075-8)
Popular History of the Reformation  (K964-34)
Practical Handbook of Spanish Commercial Correspondence (K963-3)
Primitive Medical Aid in the Wilderness (K963-33)
Prince and the Discourses (K974-55)
Prose Edda (K2019-17)
Psicopatologia de la Vida Urbana (K974-15)
Psychology of Women  (K974-1)
Radical Tradition (K974-7)
Raggle Taggle (K2019-24)
Razor's Edge (K2019-9)
Recommended Dietary Allowances (K963-28)
Revolution and Reaction 1848 - 1852  (K964-35)
Rifle Shooting (K963-22)
Riverita (K2019-28)
Roman Imperial Coins (K964-5)
Roman Political Ideas and Practice (K964-2)
Russia A History (K964-6)
Russian book  (K964-43)
Russian Book ?  (K964-50)
Russian book ?  (K964-53)
Russian People  (K964-51)
Satires of Juvenal (K974-14)
Science of Fingerprints (K963-26)
Secret Agent (K2019-8)
Selected Lives and Essays - Plutarch  (K964-47)
Sense and Nonsense in Psychology (K974-4)
Shadow-Line (K2019-7)
Short History of 20th Century England 1868 - 1962 (K974-36)
Siete Cuentos (K974-13)
Silas Marner (K2019-19)
Skeptical Inquirer, V 4, #2 (K974-25)
Skeptical Inquirer V 3, #3 (K974-26)
Skeptical Inquirer, V 14, #2 (K974-54)
Skid Road (K974-11)
Sobre La Libertad Humana  (K964-16)
Southwest Montana telephone book (K963-39)

Spandau The Secret Diaries (K2018-12)
Spanish - English English - Spanish Dictionary (K963-6)
Spanish Stories  (K974-56)
Stalking the Wild Asparagus (K1075-22)
Stories of the East (K2019-10)
Tale of Two Cities (K2019-13)
Technical Society (K974-22)
Text-book of Organic Chemistry  (K1075-10)
Three Short Novels Heart of Darkness, Youth, Typhoon (K2019-4)
Tracking Dog (K963-25)
Treasure Island (K2019-20)
Tristan and Iseult (K2019-23)
True Believer (K2040-4)
Twelve Caesars  (K964-29)
Two Lives of Charlemagne (K2018-4)
Typing for Beginners (K974-59)
Understanding Japanese Society (K974-65)
United States Government Manual (K963-2)
Using Pesticides Safely (K963-34)
Victory (K2019-3)
Vitalized Chemistry (K1075-30)
Viva Mexico (K974-35)
Western Montana Regional Telephone Directory (K963-40)
Why Lenin? Why Stalin? (K2018-9)
Wild Edible Plants of the Western United States (K1075-24)
Wild, Edible and Poisonous Plants of Alaska (K1075-34)
Wildlife of the Northern Rocky Mountains (K1075-33)
Winston Dictionary (K963-12)
World of the Maya  (K964-36)
Year of Battles: A History of the Franco-German War of 1870-71, portion (K2018-20)
Your Right to Privacy (K974-6)
Zapata and the Mexican Revolution  (K964-40)
Zetetic, V 1, # 2 (K974-23)
Zetetic, V 1, # 1 (K974-24)