1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,    )
                                  )      2:96-cr-0259-GEB
              Plaintiff,          )
11                                )
         v.                       )      ORDER
12                                )
     THEODORE JOHN KACZYNSKI,     )
13                                )
              Defendant.          )
14   _____ )

15           On August 21, 2006, Defendant filed an application to stay
16   the Orders filed August 10, 2006, ("August 10 Orders"), "which
17   approve, in large part, the . . . plan for the sale of [his]
18   property." (Def.'s Application to Stay, filed Aug. 21, 2006, at 1.)
19   An Order filed August 28, 2006, required Defendant to clarify the
20   scope of the stay sought no later than August 29, 2006, and provided
21   the government and the Named Victims an opportunity to respond to that
22   filing no later than September 1, 2006.[1]  (Order, filed Aug. 28, 2006,
23   at 1-2.)
24           On August 29, 2006, Defendant and the government filed a
25   stipulation to stay the sale ("Stipulation"), in which they "agree

---

   [1] Since Defendant failed to notice the stay application for hearing as contemplated by the Local Rules, the Order filed August 28, 2006, set a deadline for the government and the Named Victims to file a response.

1

with regard to the property at issue in this proceeding that the United States will not:

1. redact any of Defendant's original writings;
2. request or enter into a contract for sale of any of Defendant's property;
3. destroy any of the material[s] Plaintiff has labeled as bomb-making materials;
4. transfer any of Defendant's firearms to the Named Victim[s]; or
5. sell any of Defendant's property

until the conclusion or termination of Defendant's appeal." (Stipulation at 1-2.)

The Named Victims did not respond to the stay request by September 1, 2006.

Therefore, pursuant to the Stipulation filed by Defendant and the government, the August 10 Orders are stayed pending appeal.

IT IS SO ORDERED.

Dated: September 5, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge