IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THEODORE JOHN KACZYNSKI,<br><br>    Defendant. | 02:96-cr-259-GEB<br><br>APPOINTMENT OF COUNSEL<br>UNDER THE CRIMINAL JUSTICE ACT |

Federal prisoner Theodore John Kaczynski ("Kaczynski"), proceeding in propria persona, filed a motion on April 6, 2009 in which he requests appointment of counsel under the Criminal Justice Act ("CJA"). Kaczynski states this appointment would be "for the purpose of arranging the means by which [he can] receive legible copies of all pages of the documents at issue . . ." Mot. at 5. The referenced documents are "the physical originals of the documents [government agents] previously seized from Kaczynski's [Montana] cabin" following a search of the premises. United States v. Kaczynski, 551 F.3d 1120, 1124 (9th Cir. 2009).

Since the motion concerns an 'ancillary' proceeding justifying appointment under 18 U.S.C. § 3006A, Kaczynski's motion for appointed counsel under the CJA is granted.

1

Further, Kaczynski requests that attorney John Balazs "be appointed to represent [him] if he is willing to accept the appointment[, since] Mr. Balazs represented [him] earlier in this [ancillary] proceeding . . ." Mot. at 5 and 6. On April 7, 2009, an inquiry was made to the Federal Defender asking whether attorney John Balazs was willing to be re-appointed to represent Kaczynski in this matter. Subsequently, the Office of the Federal Defender notified chambers that on April 7, 2009, Mr. Balazs agreed to this appointment; the CJA appointment has been made effective as of April 7, 2009.

Dated: April 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge