IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:96-cr-00259-GEB |
| | ) | |
| v. | ) | ORDER SCHEDULING A STATUS CONFERENCE |
| | ) | |
| THEODORE JOHN KACZYNSKI, | ) | |
| | ) | |
| Defendant. | ) | |

        A status conference is scheduled for May 24, 2010, at 9:00 a.m.  The United States shall file a status report no later than fourteen (14) days before the status conference, in which it explains when the Plan approved in this case will be implemented.  Any response to this status report should be filed no later than seven (7) days before the status conference.

Dated:  March 17, 2010

                                                GARLAND E. BURRELL, JR.
                                                United States District Judge