```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,           )
                                    )
           Plaintiff,               )   2:96-cr-00259-GEB
                                    )
     v.                             )   <u>ORDER</u>
                                    )
THEODORE JOHN KACZYNSKI,            )
                                    )
           Defendant.               )
_____)

        The United States filed a status report on May 10, 2010, in which it states the FBI has proposed redactions "that would ordinarily be protected from disclosure by law," and that exceed "the scope of redactions authorized by this court's orders."  The United States describes the FBI's proposed redactions as follows:

> a) [T]he social security number of a person who was incarcerated at the time of the bombings.  In addition, defendant's own social security number appears throughout the materials . . . .
>
> (b) The writings refer to defendant's family members and friends, including their addresses.  In addition to privacy concerns, FBI has concerns about releasing into the general public information about persons closely associated with defendant, in view of public sentiment regarding defendant himself and anticipated media attention in connection with the public auction.
>
> (c) The names of victims and intended victims appear in newspaper articles among the property to be sold.

(Status Report 2:21-3:2.)

Since certain of the FBI's proposed redactions have not been previously submitted for judicial decision, the United States shall file a supplemental status report and a proposed order, explaining whether privacy or other concerns justify redactions other than what has been addressed in prior orders. If the United States or any other responder to this order opines that a prior order precludes any redaction proposed by the FBI, the language in that order shall be cited in a filing made before the status hearing scheduled below. Further, the United States shall provide at least a general explanation in the supplemental status report concerning what text on the "back side" of the redacted material would be eliminated if the "redact by extraction" method is used, and whether there is a method for substituting text eliminated by "extraction."

The United States shall file its supplemental status report by May 24, 2010. Any response to this status report should be filed no later than June 1, 2010. The status conference is rescheduled for June 14, 2010, commencing at 9:00 a.m.

Dated: May 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge