IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:96-cr-0259-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THEODORE JOHN KACZYNSKI, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the United States, Theodore John Kaczynski, and the Named Victims are requested to discuss Kaczynski's objection concerning when Kaczynski's counsel shall be provided an electronic copy of Kaczynski's original writings as they appeared prior to redactions. This objection includes Kaczynski's argument that "he is entitled to an opportunity to request that the government replace any illegible or corrupted documents that may exist in the electronic copy provided by the government . . ." Although it is recognized that the United States states in its opposition to Kaczynski's objection that "the FBI has begun . . . redaction", the Court desires further input on this objection in a filing or filings due no later than September 13, 2010.

Dated: September 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge