

FILED

OCT 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

U.S.A. v. KACZYNSKI

No. CR-S-96-259 GEB

October 21, 2010

To CLERK OF COURT, U.S. DISTRICT COURT, E.D. CAL.:

Enclosed please find a copy of a letter dated October 20, 2010 from me to Erin J. Radekin, the attorney who is representing me in this case. I request to have said letter filed as part of the record of this case.

On October 21, 2010, at the U.S. Penitentiary Administrative Maximum Facility at Florence, Colorado, I served a copy of said letter upon

UNITED STATES ATTORNEY

EASTERN DISTRICT OF CALIFORNIA

501 I STREET, SUITE 10-100

SACRAMENTO CA 95814

by United States Mail, with first-class postage prepaid and using the prison's internal mailing system designed for legal mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2010.

*Theodore John Kaczynski*

THEODORE JOHN KACZYNSKI

U.S. MAIL CERTIFIED

ARTICLE NUMBER

7010 0780 0001

0653 1489

THEODORE JOHN KACZYNSKI

04475-046

U.S. PENITENTIARY MAX

P.O. BOX 8500

FLORENCE CO 81226-8500

October 20, 2010

Erin J. Radekin

Attorney at Law

428 J Street, Suite 350

Sacramento CA 95814


Re: USA v. Kaczynski, No. CR-S-96-259 GEB,

E.D. Cal.

Dear Ms. Radekin:

I have served you with my Motion for Substitution of Counsel and Notice of Appeal. Unless and until the Court grants the Motion for Substitution of Counsel, you still represent me. I have several requests, and it is your responsibility to comply with them.

(1) Appended hereto is a list of all the letters I have sent you. Please either confirm or deny that you have received each letter on the list.

(2) Please send me a copy of the Court's decision of your motion filed 8/19/10, and

1

copies of any other papers that may have been filed in my case since 8/19/10.

(3) I filed my Motion for Substitution of Counsel and Notice of Appeal pro se because as far as I know this may be an emergency situation: The deadline for filing a notice of appeal may be near. But these papers should properly be filed by counsel.

Therefore please file for me a motion for substitution of counsel that includes, verbatim, the sections titled "GROUNDS FOR REQUESTING NEW COUNSEL" and "DETAILS" from my own Motion for Substitution of Counsel.

(4) Please inform me whether a final judgment has been entered in my case, and if a final judgment has been entered, please tell me the date on which it was entered.

(5) Please note that the deadline for filing a notice of appeal in this action is 60 days from the date of entry of the final judgment. U.S. v. Madden, 95 F.3d 38, 39 n.1 (10th Cir. 1996). U.S. v. Martinson, 809 F.2d 1364, 1367 (9th Cir. 1987).

(6) If a final judgment has <u>not</u> yet been entered in this case, then please file immediately a motion in which you request the following:

(i) Ask the Court to order the government to make clear to all potential purchasers of my papers that they will be acquiring the papers only as physical property and that they will acquire no literary rights in the papers. See my letter to you of 9/7/10; <u>U.S. v. Kaczynski</u>, 446 F. Supp. 2d 1146, 1154 n. 13 (E.D. Cal. 2006); <u>U.S. v. Kaczynski</u>, 551 F.3d 1120, 1124 (9th Cir. 2009).

(ii) Ask the Court to enter an order to the following effect: If my designee discovers that she has not received a complete and legible copy of some of the papers of which she is entitled to receive a copy, and if at that time it is impossible for the government to supply the necessary additional copies,[1] then I may be

_____

1. As may happen if the government has disposed of the originals and the copies retained by the government are incomplete or defective.

entitled to monetary damages,[2] and I will be allowed to reopen the present action for the purpose of securing such damages.

(7) If a final judgment <u>has</u> been entered in this case, then you <u>must</u> file a notice of appeal before the deadline for filing a notice of appeal. You are <u>required</u> to file a notice of appeal at my request. Ninth Circuit Rule 4-1(a). See also <u>Roe v. Flores-Ortega</u>, a Supreme Court case decided at some time between 1999 and 2002, inclusive (I can't give the exact citation).

Issues appealed must include the following: (a) Whether I am entitled to copies of <u>all</u> of the seized papers, including those written by persons other than myself. (b) Whether the originals of my papers must be retained by the government until my designee has been able to confirm that she has received legible copies of all papers of which she is entitled to receive copies. (c) In the event the government fails to provide my designee with legible copies of all of the papers,

---

2. See <u>Martinson</u>, 809 F.2d 1367-69.

4

whether I am entitled to monetary damages (see (6)(ii), supra). (d) Whether the Court should order the government to make clear to potential purchasers that they will acquire the papers only as physical (not literary) property. ( see (6)(i), supra).

(8) If a final judgment has been entered but there is still time to do so before the deadline for filing a notice of appeal, then please file a motion for reconsideration, or other appropriate motion, to put both of the above issues (7)(c) and (7)(d) before the district court, so that those issues will be preserved for appeal.

However, whatever else you may do, you must not risk missing the deadline for filing the notice of appeal.

(9) When you file a notice of appeal, please file also a motion requesting the Court to stay, pending appeal, any and all orders permitting the government to sell or dispose of any of the seized papers.

Sincerely yours,

Theodore John Kaczynski

THEODORE JOHN KACZYNSKI

Case 2:96-cr-00259-GEB-GGH    Document 780    Filed 10/25/10    Page 7 of 8

6

Attached: List of letters sent as legal mail from T.J. Kaczynski to E.J. Radekin

P.S. In my letter of 5/28/10, I explained how you can contact me by telephone. — TJK

LETTERS SENT AS LEGAL MAIL FROM
T. J. KACZYNSKI TO E.J. RADEKIN

| DATE OF LETTER | DATE WHEN LETTER WAS GIVEN TO PRISON STAFF FOR MAILING | STAFF MEMBER WHO RECEIVED LETTER |
|---|---|---|
| 3/25/10 | 3/26/10 | T. Sudlow |
| 5/10/10 | 5/11/10 | Foster |
| 5/27/10 | 5/28/10 | T. Sudlow |
| 5/28/10 (Fri.) | 6/1/10 (Tues.*) | T. Sudlow |
| 6/2/10 | 6/3/10 | T. Sudlow |
| 6/4/10 | 6/4/10 | T. Sudlow |
| 6/21/10 | 6/22/10 | Foster |
| 7/3/10 (Sat.) | 7/6/10 (Tues.*) | Foster |
| 7/12/10 | 7/13/10 | Foster |
| 8/26/10 | 8/27/10 | T. Sudlow |
| 9/7/10 | 9/8/10 | T. Sudlow |
| Service of Motion & notice of appeal dated 10/16/10 | 10/19/10 | Foster |

* Prison staff does not accept legal mail on Saturdays, Sundays, or holidays. Monday, 5/31/10 and Monday, 7/5/10 were holidays.