**FILED** 1

U.S.A. v. KACZYNSKI

MAY -5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

No. 2:96-cr-00259-GEB-GG

U.S. MAIL CERTIFIED ARTICLE NUMBER

7010  0780  0001  0653  1571

May 5, 2011

To THE CLERK, U.S. District Court for the
Eastern District of California:

    Enclosed please find:

    (1) Two copies (original + carbon copy) of
DEFENDANT'S MOTION FOR RETENTION OF
EVIDENCE. For reasons explained in the
Motion itself, at 2, this Motion is <u>URGENT</u>
and should be brought to the attention of
Judge Burrell as quickly as possible.

    (2) Two copies of a letter dated May 5,
2011, from me to the U.S. Attorney, Eastern
District of California. As stated in the
Proof of Service, Motion at 10, I am
sending said letter to the U.S. Attorney
along with the copy of the Motion that I
am serving upon him.          (CONTINUED ...)

No. 2:96-cr-00259, 5/5/11, page 1

I request that you file in the record of this case my letter of May 5, 2011 addressed to the United States Attorney, Eastern District of California.

Thank you,

Theodore John Kaczynski

THEODORE JOHN KACZYNSKI

No. 2:96-cr-00259, 5/5/11, page 2