BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-96-259 GEB |
| Plaintiff, | |
| v. | FINAL STATUS REPORT FOR THE UNITED STATES |
| THEODORE JOHN KACZYNSKI, | |
| Defendant. | |

1. The auction of items seized from defendant Theodore Kaczynski's cabin, pursuant to the plan of sale approved by this Court, is complete. The auction generated $230,493 in gross receipts. The auctioneer (General Services Administration) deducted $4,757.44 in expenses,[1] leaving $225,735.56 in net proceeds from the sale. On July 19, 2011, the U.S. Treasury issued a check in the amount of $225,735.56, for mailing directly to the Clerk of Court. If that check has not been received already, delivery should be imminent.

2. To avoid confusion, an order clarifying how the auction proceeds are to be distributed may be helpful. The judgment of conviction and sentence entered on May 6, 1998 (Docket Item

---

[1] The Court authorized the Marshal's Service to pay the auctioneer up to ten percent of the auction proceeds. The expenses deducted by GSA are approximately two percent of the proceeds. To maximize recovery by Kaczynski's victims, GSA waived any further fee.

1

554) ordered Kaczynski to make restitution to four named individuals who were direct victims of his bombings, and to six insurance companies that suffered financial losses, as follows:

| | |
|---|---|
| Dr. Charles Epstein | $     200,000 |
| Mrs. Susan Mosser | $11,000,000 |
| Mrs. Connie Murray | $  2,000,000 |
| Mr. Gary Wright | $     211,000 |
| Penn Mutual Life Insurance | $     100,000 |
| ACACIA Life Insurance Co. | $     100,000 |
| Foundation Health Life Co. | $       20,000 |
| Principal Life Insurance | $       50,000 |
| Northwest Mutual | $     345,000 |
| Mutual Life Insurance | $  1,000,000 |

As we understand the plan of sale and the orders approving it, the auction was conducted for the benefit of the four individuals named as victims. The plan of sale was submitted in response to a decision of the Ninth Circuit, which states:

> Finally, missing throughout this litigation have been the voices of the victims and their families. Though the government purported to represent these *individuals*, we see nowhere in the record their viewpoints and desires regarding the enforcement of the restitution order, even though its very purpose is to provide financial compensation for their great losses.

*United States v. Kaczynski*, 416 F.3d 971, 977 (9th Cir. 2005) (emphasis added). Accordingly, the plan of sale proposed an auction for the benefit of "the Named Victims." Amended Plan of Sale (Docket Item 723) filed July 31, 2006. Although the plan itself did not identify the "Named Victims" more specifically, a status report filed by the United States on April 16, 2006 (Docket Item 702) specifically identified the Named Victims as Susan Mosser, Connie Murray, Dr. Charles Epstein, and Gary Wright, and further explained the government's view that the court of appeals decision called for a plan of sale for the benefit of those four individuals. Consistent with that view, this Court's order approving the plan of sale stated: "The Named Victims are those victims and their family members who submitted claims for restitution at the time of Kaczynski's sentencing," *United States v. Kaczynski*, 446 F. Supp. 2d 1146, 1148 n.1 (E.D. Cal.

2006), and the court of appeals subsequently explained that the plan was intended to provide restitution to "*four* named victims (the 'Named Victims')" listed in the criminal judgment. *United States v. Kaczynski*, 551 F.3d 1120, 1122 (9th Cir. 2009) (emphasis added). That reference can only be to the four individual victims named in the judgment.

Thus, it is evident that the intent of the plan of sale and prior court orders was that proceeds of the auction would be distributed among the four individual victims named in the criminal judgment and not also to the six insurance companies. The United States respectfully suggests that the Court enter an order directing the Clerk to distribute the auction proceeds accordingly.[2]

3. By orders entered on August 5 and September 17, 2010, the Court directed the United States to provide a photocopy of Kaczynski's writings to his counsel within sixty days after the auction. That requirement has been satisfied.

4. Upon entry of an order as provided above, all pending proceedings will be complete and this case may be closed.

                                                      Respectfully submitted,

DATED: July 25, 2011                       BENJAMIN B. WAGNER
                                                      United States Attorney

                                           By:    */s/ David T. Shelledy*
                                                     DAVID T. SHELLEDY
                                                     Assistant U.S. Attorney

---

[2] If we have misunderstood the Court's intent, an order directing the Clerk to distribute the auction proceeds to the insurance companies as well as the individual victims should be entered.

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE BY MAIL |
| 2 | The undersigned hereby certifies that she is an employee in the Office of the United |
| 3 | States Attorney for the Eastern District of California and is a person of such age and discretion to |
| 4 | be competent to serve papers. |
| 5 | That on July 25, 2011, she served a copy of the attached |
| 6 | **FINAL STATUS REPORT FOR THE UNITED STATES** |
| 7 | by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the |
| 8 | place(s) and address(es) stated below, which is/are the last known address(es), and by depositing |
| 9 | said envelope and contents in the United States Mail at Sacramento, California, OR hand |
| 10 | delivering said papers to the following: |
| 11 | **Addressee(s):** |
| 12 | Theodore John Kaczynski |
| 13 | Reg. No. 04475-046<br>USP Florence - ADMAX |
| 14 | P.O. Box 8500<br>Florence, CO 81226 |
| 15 | |
| 16 |                                            */s/ Monica C. Lee*<br>                                         MONICA C. LEE<br>                                         Supervisory Legal Assistant |