IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:96-cr-0259-GEB |
| Plaintiff, ) | |
| v. ) | ORDER |
| THEODORE JOHN KACZYNSKI, ) | |
| Defendant. ) | |

The United States ("government") filed a "Final Status Report" July 25, 2011, which requests "an order clarifying how the [$225,735.56 in net] auction proceeds are to be distributed[.]" (ECF No. 881.)

Counsel for the Named Victims are requested to file a written response to the government's Final Status Report and a proposed order directing the distribution of the auction proceeds no later than August 1, 2011. The requested proposed order shall state the Named Victims' suggested allocations of auction proceeds.

Dated: July 26, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1